Amy L. Lessa (SBN 202872)
   E-Mail: alessa@fisherphillips.com
Darcey M. Groden (SBN 296492)
   E-Mail: dgroden@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Link # 62

Attorneys for Defendants Bio-Medical Applications of Mission Hills, Inc., and Fresenius Management Services, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES CALDERON,<br><br>             Plaintiff,<br><br>v.<br><br>BIO-MEDICAL APPLICATIONS OF MISSION HILLS, INC., FRESENIUS MANAGEMENT SERVICES, INC., BIO-MEDICAL APPLICATIONS MANAGEMENT COMPANY, INC.,<br><br>             Defendants. | Case No: 2:20-cv-07869 PSG (JEMx)<br><br>*[Los Angeles Superior Court Case No. 20STCV27571]*<br><br>**[PROPOSED] JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADUDICATION OF ISSUES**<br><br>**DATE:** February 18, 2022<br>**TIME:** 1:30 p.m.<br>**DEPT:** 6A<br><br>*State Court Complaint Filed: July 22, 2020*<br>*State Court FAC Filed: August 26, 2020*<br>*Trial Date:*     March 8, 2022 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES CALDERON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BIO-MEDICAL APPLICATIONS OF MISSION HILLS, INC., FRESENIUS MANAGEMENT SERVICES, INC., BIO-MEDICAL APPLICATIONS MANAGEMENT COMPANY, INC.,<br><br>　　　　　　　Defendants. | Case No: 2:20-cv-07869 PSG (JEMx)<br><br>*[Los Angeles Superior Court Case No. 20STCV27571]*<br><br>**[PROPOSED] JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADUDICATION OF ISSUES**<br><br>DATE:　　February 18, 2022<br>TIME:　　1:30 p.m.<br>DEPT:　　6A<br><br>*State Court Complaint Filed: July 22, 2020*<br>*State Court FAC Filed: August 26, 2020*<br>*Trial Date:　　March 8, 2022* |

Defendants BIO-MEDICAL APPLICATIONS OF MISSION HILLS, INC. and FRESENIUS MANAGEMENT SERVICES, INC. ("Defendants") Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues against Plaintiff DOLORES CALDERON ("Plaintiff") ~~came on regularly for~~ hearing on ~~February 18, 2022, at 1:30~~ p.m. before the Honorable Phillip S. Gutierrez. ~~Appearances on noted on the record.~~ *PY*

/ / /

After full consideration of the pleadings and evidence and the written and oral argument by the parties, the Court rules as follows:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Summary judgment is hereby **GRANTED** as to all causes of action in favor of Defendants Bio-Medical Applications of Mission Hills, Inc. and Fresenius Management Services, Inc.

2. Plaintiff Dolores Calderon shall take nothing by her Second Amended Complaint.

3. Judgment on the merits is hereby entered in favor of Defendants Bio-Medical Applications of Mission Hills, Inc. and Fresenius Management Services, Inc. against Plaintiff Dolores Calderon.

4. Plaintiff's Second Amended Complaint is dismissed with prejudice.

5. Defendants are the prevailing party.

6. ~~The Court further rules as follows:~~

**IT IS SO ORDERED.**

DATED: 2/22/22           By: _____
                             Honorable Phillip S. Gutierrez

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On December 8, 2021, I served the foregoing document entitled **[PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADUDICATION OF ISSUES** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Ben J. Galante (SBN 231394)<br>GALANTE LAW, INC.<br>2181 E. Foothill Boulevard, Suite 101<br>Pasadena, California 91107 | Tel:   (213) 785-1900<br>Fax:   (213) 867-9900<br>Email: ben@galantelawinc.com<br><br>Attorneys for Plaintiff, DOLORES CALDERON |
| Rahul Sethi (SBN 238405)<br>SETHI LAW FIRM<br>5015 Eagle Rock Boulevard, Suite 202<br>Los Angeles, California 90041 | Tel:   (213) 254-2454<br>Fax:   (213) 995-5400<br>Email: rahulsethi@sethiworks.com<br><br>Attorneys for Plaintiff, DOLORES CALDERON |

☒   **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 8, 2021, at San Diego, California.

| Kris O'Connor | By: *[signature]* |
|---|---|
| Print Name | Signature |

FP 42379065.1

1   2:20-cv-07869 PSG (JEMx)
CERTIFICATE OF SERVICE