BEN J. GALANTE (SBN 231394)
   *ben@galantelawinc.com*
GALANTE LAW, INC.
2181 E. Foothill Blvd., Suite 101
Pasadena, CA 91107
T: (213) 785-1900

RAHUL SETHI (SBN 238405)
   *rahulsethi@sethiworks.com*
5015 Eagle Rock Blvd., Suite 202
Los Angeles, California 90041
T: (213) 254-2454

Attorneys for Plaintiff, DOLORES CALDERON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES CALDERON,<br><br>       Plaintiff,<br><br>  vs.<br><br>BIO-MEDICAL APPLICATIONS OF<br>MISSION HILLS, INC., *et al*.<br><br>       Defendants. | Case No.: 2:20-cv-07689-PSG-JEM<br><br>*[Los Angeles Superior Court Case No. 20STCV27571]*<br><br>**DECLARATION OF DOLORES CALDERON IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPERT COSTS**<br><br>Date:        April 22, 2022<br>Time:        1:30 pm<br>Place:       Courtroom 6A |

## DECLARATION OF DOLORES CALDERON

I, DOLORES CALDERON, hereby declare:

   1.      I am an adult residing in Los Angeles County. I am the plaintiff in this action. I have personal knowledge of the foregoing facts and if called upon as a witness under oath, I could and would testify competently thereto.

2.      I understand that the Defendants in this matter are seeking to recover from me $197,322.90 in attorneys' fees, $35,226.80 in expert fees, and $16,946.05 in costs, for a total of $249,495.75.

3.      I do not have the means to pay any of the fees and costs Defendants are seeking against me.   It would cause me to suffer extreme financial hardship if the Court were to award fees and costs to Defendants against me.

4.      I am already struggling to survive financially.  I am 58 years old and unemployed.  I have been unemployed since March 20, 2020.

5.      Between March 2020 and September 2021, I had no health insurance because I could not afford to pay for health insurance without a job.  From September 2021 to January 2022, I paid for health insurance through Covered California because, among other things, I had to obtain essential medication.  I had no coverage again in February 2022.  Beginning in March 2022, I qualified for Medi-Cal because I have such a low income.

6.      My husband, Efrain Calderon, is disabled and unable to work as a result of a traumatic brain injury that he suffered in 1996.  He has not been able to work since the accident, and is dependent on me for financial support.  We have been under substantial financial strain since I lost my job in March 2020.

**Gross Money Received by Dolores and Efrain Calderon:**

7.      My husband Efrain Calderon receives $893.72 every two weeks in social security payments, for an annual total in 2021 of $23,236.72.

8.      The money I received in 2021 (aside from the rental income discussed below in paragraph 10) totaled $20,480.06, comprised of the following: $6,264.45 from Fresenius related to PTO that was not paid out when I was terminated in March 2020, five EDD unemployment benefit payments totaling $11,385.00, and $2,830.61 that I received from a lawsuit settlement (the lawsuit, also referenced in Defendants' moving papers, related to a rear-end car accident and was disclosed in discovery).

9.      The money that I received in 2021 discussed in paragraph 8, above, will not be available again in 2022, and I will have little to no income in 2022 unless I am able to find another job.  My unemployment payments ran out in June 2021, the check from Fresenius that I received in 2021 is not recurring, and the lawsuit settlement check related to the car accident was a one-time payment.  I will have little to no income in 2022 unless I am able to find another job.

10.     My husband and I also have an ownership interest in a rental property located at 37000 Sabal Ave, Palmdale CA 93552.  The total rent obtained from this property in 2021 was $20,204.00.  However, as discussed below in Paragraphs 15 and 16, this amount is not enough to cover the mortgage payments and property taxes owed on the property annually totaling $28,776.58.

11.     Based on the foregoing, the total amount received by my husband and I in 2021 is $63,920.78 ($23,236.72 + $20,480.06 + $20,204 = $63,920.78).  Attached hereto as Exhibit 1 is true and correct copy of an income report for 2021 that I prepared providing an overview of the foregoing.

12.     Unless I am able to find a job, our total projected "income" for 2022 is only $43,440.72 because, as indicated above, I do not have any projected money coming in for 2022 ($23,236.72 for Efrain's social security payments + $20,204.00 for rental income = $43,440.72).

**Expenses of Dolores and Efrain Calderon:**

13.     My husband and I reside at 37021 Julian Lane, Palmdale CA 93552.  The outstanding mortgage that we currently owe on this property is approximately $275,539.80.  The monthly mortgage payment on this property is $1,594.05 for an annual total of $19,128.60.  Attached hereto as Exhibit 2 is a true and correct copy of the December 2021 mortgage statement for this property.

14.     The annual property taxes owed on the Julian Lane property in 2021 were $6,896.67.  Attached hereto as Exhibit 3 is a true and correct copy of a statement reflecting the taxes owed on the Julian Lane property in 2021.

15.     As indicated in Paragraph 10 above, my husband and I also have an ownership interest in a rental property located at 37000 Sabal Ave., Palmdale CA 93552.  The outstanding mortgage that we currently owe on this property is approximately $230,000.00.  The monthly mortgage payment on this property is $1,739.66 for an annual total of $20,875.92.  Attached hereto as Exhibit 4 is a true and correct copy of the December 2021 home loan account information for this property.

16.     The annual property taxes owed on the Sabal Ave. property in 2021 were $7,900.90.  Attached hereto as Exhibit 5 is a true and correct copy of a statement reflecting the taxes owed on the Sabal Ave. property in 2021.

17.     Based on Paragraphs 13 through 16, above, the total amount we owed on mortgage and tax payments in 2021 on the two properties was $54,802.09 ($19,128.60 + $6,896.67 + $20,875.92 + $7,900.90 = $54,802.09).

18.     In 2021 we paid a total of $1,702.86 to the Palmdale Water District for water bills.  Attached hereto as Exhibit 6 are true and correct copies of our 2021 water bills.

19.     In 2021 we paid a total of $851.40 to Southern California Edison for electricity bills.  Attached hereto as Exhibit 7 are true and correct copies of our 2021 electric bills.

20.     In 2021 we paid a total of $817.37 to So Cal Gas for gas bills.  Because of our low income we receive a discount on our gas bills under the CARE program, reflected on the bills.  Attached hereto as Exhibit 8 are true and correct copies of our 2021 gas bills.

21.     Based on paragraphs 18 through 20, the total utilities that we paid in 2021 was $3,371.63.

- 4 -
DECLARATION OF DOLORES CALDERON

DocuSign Envelope ID: 226D7E7F-9969-45E9-99E1-8BA8CEB23235

22.     In 2021 we also paid $1,617.77 for miscellaneous medical expenses including paying for Covered California, medication, and dentist appointments.

23.     Based on the foregoing Paragraphs 13 through 22, our total expenses in 2021 were $59,791.49.  This does not include a variety of other expenses such as payments on credit cards and lines of credit, automobile insurance, home insurances, food, gas, household essentials, and various other miscellaneous expenses.  Attached hereto as Exhibit 9 is true and correct copy of an expense report for 2021 that I prepared.

**Net Income of Dolores and Efrain Calderon and Projected Losses:**

24.     As discussed in Paragraphs 7 through 11 above, the gross money received by my husband and I in 2021 was $63,920.78.  As discussed in Paragraphs 13 through 23, the total expenses of my husband and I in 2021 was $59,791.49 (excluding the additional expenses referenced in Paragraph 23).  Accordingly, the amount left over or our "net" for 2021 was $4,129.29 ($63,920.78 - $59,791.49 = $4,129.29).  Attached hereto as Exhibit 10 is a true and correct copy of a general income report for 2021 that I prepared summarizing our income, expenses, and the net result.

25.     Again, however, this $4,129.29 "net" does not take into account a variety of other expenses such as payments on credit cards and lines of credit, automobile insurance, home insurances, food, gas, household essentials, and various other miscellaneous expenses.  We are essentially left with nothing after covering all of our expenses.

26.     Moreover, my financial situation has become more dire over time.  I currently have no projected earnings as an individual for 2022, and our projected income as a married couple for 2022 is $43,440.72 comprised of the income of the rental property and my husband's social security payments.  Therefore, unless something changes, we are not going to be able to cover our expenses in 2022 and will

fall approximately $16,350.77 short of meeting our financial obligations ($43,440.72 -

$59,791.49 (projected expenses in 2022 based on 2021 expenses) = -$16,350.77).

27.     I am essentially financially broke and having trouble figuring out how my

husband and I are going to continue to survive financially into the future.  In order to

continue to survive, we have been forced to accept monthly financial assistance from

our two adult children.  Given that I cannot even afford to support myself on a basic

level, I have no way of paying any fees and costs to the Defendants.

28.     In sum, it would be extremely unjust and cause me to experience undue

financial hardship if the Court were to award Defendants fees and costs against me.

For this reason, the Court should deny Defendants' motion.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct, and that this declaration is executed on March 31,

2022 at Palmdale, California.



DOLORES CALDERON
DECLARANT

# EXHIBIT 1

## 2021 Income Report

| Month | Efrain | Dolores EDD | Settlement | Dolores Fresenius | |
|-------|--------|-------------|------------|-------------------|---|
| January | 1,787.44 | 810.00 | | | |
| February | 1,787.44 | 4,230.00 | | | |
| March | 1,787.44 | 2,115.00 | | | |
| April | 2,681.16 | | | | |
| May | 1,787.44 | 2,820.00 | | $ | 6,264.45 |
| June | 1,787.44 | 1,410.00 | | | |
| July | 1,787.44 | | | | |
| August | 1,787.44 | | | | |
| September | 1,787.44 | | | | |
| October | 2,681.16 | | 2,830.61 | | |
| November | 1,787.44 | | | | |
| December | 1,787.44 | | | | |
| **SUBTOTAL** | $ 23,236.72 | $ 11,385.00 | $ 2,830.61 | $ | 6,264.45 |

**EXHIBIT 2**

# shellpoint
A DIVISION OF NEWREZ

## MORTGAGE STATEMENT
Statement Date: 12/10/2021

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

8-811-17383-0001430-001-000-010-000-000

DOLORES CALDERON
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

| Account Number | REDACTED |
|---|---|
| Next Due Date | 01/01/2022 |
| **Amount Due** | **$1,594.05** |
| If payment is received after 01/16/2022, $79.70 late fee may be assessed. | |

| Phone: | 800-365-7107 |
|---|---|
| Website: | www.shellpointmtg.com |

### Explanation of Amount Due
| | |
|---|---|
| Principal | $728.43 |
| Interest | $865.62 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Monthly Payment | $1,594.05 |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $0.00 |
| Total Amount Due | $1,594.05 |

### Account Information
| | |
|---|---|
| Outstanding Principal | $276,998.93 |
| Interest Rate | 3.7500% |
| Prepayment Penalty | None |
| Property Address: | 37021 JULIAN LN PALMDALE CA 93552 |
| Contractual Due Date: | January 1, 2022 |
| Current Escrow Balance: | $0.00 |

### Past Payments Breakdown
| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $726.16 | $8,566.14 |
| Interest | $867.89 | $10,562.46 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Total | $1,594.05 | $19,128.60 |

### Transaction Activity (11/10/2021 - 12/09/2021)
| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/09/2021 | Regular Payment - (Due 12/1/2021) | $0.00 | $1,594.05 |

### Important Messages
*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages
Affected by COVID-19? Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

005-0814-1100F

For information about your payments, total amount due, and any additional payment history, see reverse side.

Detach and return with payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# shellpoint
A DIVISION OF NEWREZ

Loan Number: REDACTED
DOLORES CALDERON

Property Address:
37021 JULIAN LN
PALMDALE CA 93552

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

### Amount Due
| | |
|---|---|
| Payment Due Date | 01/01/2022 |
| Total Amount Due | $1,594.05 |
| $79.70 late fee may be charged after 01/16/2022 | |

Please write clearly inside space provided
| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| Total Amount Enclosed (Please do not send cash) | $ |

# EXHIBIT 3

3/26/22, 12:38 PM                     Property Tax Management System - Make a Payment



**lacounty.gov**

Los Angeles County
## Treasurer and Tax Collector

»» Help

Property Tax Management System - Make a Payment

| OPTION SELECTIONS |
|---|
| My Properties/Parcels |
| Make a Payment |
| My Profile |
| Logout |
| **User Guide** |

Choose Property/Parcel List: [ PROPERTY MANAGEMENT ⌄ ]    [ Select Properties/Parcels for Payment ]

### *PROPERTY MANAGEMENT*

| Item # | Assessor's ID No./Situs Address | Year Sequence | Installment | Select All ☐ | Balance Due | Enter Amount to Pay | Delinquent If Not Paid By |
|---|---|---|---|---|---|---|---|
| 1 | 3051-047-006 37021 JULIAN LN PALMDALE CA 93552-5161 | 2021-000 | Installment 1 | ☑ | $3,612.55 | 3612.55 | 12/10/2021 |
| | | | Installment 2 | ☑ | $3,284.12 | 3284.12 | 04/11/2022 |
| 2 | 3051-038-075 37000 SABAL AVE PALMDALE CA 93552-5361 | 2021-000 | Installment 1 | ☐ | $4,138.57 | 0.00 | 12/10/2021 |
| | | | Installment 2 | ☐ | $3,762.33 | 0.00 | 04/11/2022 |
| | Grand Total in This List | | | | 2 items selected | $6,896.67 | |

Page 1 of 1
[ < Prev Page ] [1 ⌄] [ Next Page > ] [ Add to Shopping Cart ] [ View Shopping Cart ] [ Cancel ]

For help or inquiries regarding online payments, contact us at **info@ttc.lacounty.gov**.
Our business hours are 8:00 a.m. to 5:00 p.m., Pacific Time, Monday through Friday, excluding **Los Angeles County holidays**.
Our office is located in the Kenneth Hahn Hall of Administration, 225 North Hill Street, First Floor Lobby, Los Angeles, CA 90012.

If you are having trouble using this site, it may be because you are using a slightly older internet browser or an unsupported internet browser.
See a **list of supported internet browsers**.

Terms of Use  |  Privacy & Security Policy

©2002-2022 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

**EXHIBIT 4**

**BANK OF AMERICA**

P.O. Box 31785
Tampa, FL 33631-3785

**Customer service information**

✉ bankofamerica.com

☎ Customer service:                  800.669.6607
   En Español:                       800.295.0025
   Property insurance inquiries:     866.265.3321

| Account number | REDACTED |
|---|---|
| Statement date | 12/10/2021 |
| Payment due date | 01/01/2022 |
| **Total amount due** | **$1,739.66** |

*If payment is received after 01/16/2022, $86.98 late fee will be charged.*

EFRAIN CALDERON
DOLORES CALDERON
37000 SABAL AVE
PALMDALE CA 93552-5361

## Home Loan Account

Help keep your account secure by updating your contact information today.
It's quick and easy to do. Just log in to Online Banking, go to Profile & Settings and update anything that's changed. Doing so can help make sure you receive your notices and stay on top of your account. Check now in Online Banking at bankofamerica.com.

### Account Information

| | |
|---|---|
| Property address | 37000 SABAL AVE |
| Principal balance | $233,994.26 |
| Interest rate | 4.250% |
| Prepayment penalty | No |

### Explanation of total amount due

| | |
|---|---|
| Principal | $910.93 |
| Interest | $828.73 |
| **Regular monthly payment** | **$1,739.66** |
| Current period fees and charges | $0.00 |
| **Total amount due** | **$1,739.66** |

### Past payments breakdown

| | Paid since last statement | Paid year to date* |
|---|---|---|
| Principal | $907.72 | $10,683.62 |
| Interest | $831.94 | $10,192.30 |
| Fees, charges, and advances | $0.00 | $0.00 |
| **Total** | **$1,739.66** | **$20,875.92** |

*Please see the **Other important information** section of this statement.*

| EFRAIN CALDERON | | Acct ending in 6728 | 12/10/2021 | Page 2 of 4 |

## Transaction activity (11/11/2021 to 12/10/2021)

| Post Date | Description | Amount |
|---|---|---|
| 12/10/2021 | Payment(s) Posted - Thank you | $1,739.66 |

## Additional contact information

**Housing counselor information:** For counseling or assistance, contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in the area, go to hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800.569.4287.

| General inquiries | To mail a payment | Overnight mail | Property insurance inquiries | Property claim inquiries |
|---|---|---|---|---|
| Bank of America, N.A. Correspondence Unit FL-1-908-01-49 P.O. Box 31785 Tampa, FL 33631-3785 | Bank of America, N.A. P.O. Box 660861 Dallas, TX 75266-0861<br><br>Payments can also be made by phone, online, or at any Bank of America financial center. | Retail Payment Services, TX1-160-06-01 Dallas InfoMart, STE 6020 1950 N Stemmons FWY Dallas, TX 75207-3134<br><br>Accepts overnight mail only. In-person payments are not accepted at this address. | Insurance Dept. P.O. Box 961291 Fort Worth, TX 76161-0291 Phone: 866.265.3321 Fax: 800.293.8158 ihaveinsurance.com/bankofamerica | Bank of America, N.A. Attention: Property Claims Dept. CA6-921-02-36 450 American St. Simi Valley, CA 93065-6285 Phone: 800.669.6076 Fax: 888.855.9562 |

**Notice of Error, Requests for Information and Qualified Written Requests (as defined in RESPA) must be sent to:** Bank of America, N.A. Attention: Notice of Error and Request for Information P.O. Box 942019, Simi Valley, CA 93094-2019. Federal law provides certain rights to resolve errors and request information related to the account. For more information about these rights, go to bankofamerica.com or contact us.

## Payment processing information

**The following payment options are available to you:**
· Automatic Payment Program Service - Mortgage payments can be automatically drafted from a checking or savings account. Call us at 866.767.4131 for more details or to enroll.
· Online Banking and Mobile Payments - Mortgage payments can be made at any time by visiting us at bankofamerica.com.
· Pay By Phone - Mortgage payments can be made through our automated service or a customer service representative.

**Crediting of payments -** Subject to the exceptions described below, we credit mailed payments on the date received (not the date on the check), if the payment is:
(1) paid with a check payable to Bank of America, N.A., and drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order that includes the loan number on the check or money order;
(2) sent with the payment coupon; and
(3) received at the payment address on the payment coupon or another acceptable payment address designated on this statement by 5 p.m., Monday through Friday, excluding federal holidays, in the time zone of the payment address.

Payments received by means other than mail, such as Automatic Payment Program, Online Banking and Pay By Phone, will be credited to the account according to the terms and conditions of those services. In addition, some payment services may not be available and payments by certified funds or other methods may be required.

Payments that do not meet requirements may result in crediting delays or may be returned. If the loan is in default or foreclosure, we may not be able to credit the payments.

**Payments made by check -** We process most payment checks electronically by using information found on your check. Each check authorizes us to create a one-time, electronic funds transfer (or process it as a check or paper draft). We will not return your check to you. If your check does not clear initially, we may attempt to withdraw funds from your account electronically one or more times.

**Application of payments -** In general, we apply payments as described in your loan documents including any loan modifications, subject to applicable law and any other requirements, such as investor and insurer/guarantor requirements. We will first apply periodic payments received and accepted to the longest outstanding periodic payment due.
- If your loan is paid up to date, we will apply them to fees or other amounts owed before applying the remaining as you indicated in your instructions, or, if no instructions are provided, we will apply them to the principal balance of your loan.
- If your loan is not paid up to date and the additional amounts you submit are not enough to bring your outstanding periodic payments current, then the remaining amounts will be posted to your unapplied funds account.

Bank of America, N.A. Member FDIC.  ☖ Equal Housing Lender.
©2021 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.
Credit and collateral are subject to approval. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.

**EXHIBIT 5**

Property Tax Management System - Make a Payment




Los Angeles County
**Treasurer and Tax Collector**

---

Property Tax Management System - Make a Payment                                                    « Help

| OPTION SELECTIONS | Choose Property/Parcel List: PROPERTY MANAGEMENT ⌄     **Select Properties/Parcels for Payment** |

*PROPERTY MANAGEMENT*

| My Properties/Parcels |
| Make a Payment |
| My Profile |
| Logout |
| User Guide |

| Item # | Assessor's ID No./Situs Address | Year Sequence | Installment | Select All ☐ | Balance Due | Enter Amount to Pay | Delinquent If Not Paid By |
|---|---|---|---|---|---|---|---|
| 1 | 3051-047-006 37021 JULIAN LN PALMDALE CA 93552-5161 | 2021-000 | Installment 1 | ☐ | $3,612.55 | 0.00 | 12/10/2021 |
| | | | Installment 2 | ☐ | $3,284.12 | 0.00 | 04/11/2022 |
| 2 | 3051-038-075 37000 SABAL AVE PALMDALE CA 93552-5361 | 2021-000 | Installment 1 | ☑ | $4,138.57 | 4138.57 | 12/10/2021 |
| | | | Installment 2 | ☑ | $3,762.33 | 3762.33 | 04/11/2022 |
| | Grand Total in This List | | | | 2 items selected | $7,900.90 | |

Page 1 of 1

< Prev Page  [1 ⌄]  Next Page >   Add to Shopping Cart   View Shopping Cart   Cancel

---

For help or inquiries regarding online payments, contact us at **info@ttc.lacounty.gov**.
Our business hours are 8:00 a.m. to 5:00 p.m., Pacific Time, Monday through Friday, excluding **Los Angeles County holidays**.
Our office is located in the Kenneth Hahn Hall of Administration, 225 North Hill Street, First Floor Lobby, Los Angeles, CA 90012.

If you are having trouble using this site, it may be because you are using a slightly older internet browser or an unsupported internet browser.
See a **list of supported internet browsers**.

Terms of Use  |  Privacy & Security Policy

©2002-2022 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

---

**EXHIBIT 6**



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

MAKE CHECKS PAYABLE TO:

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount <br> Pay immediately to avoid shut off | $0.00 |
| Current Due Upon Presentment | $146.88 |
| 10% Late Penalty Assessed on Current Due After | 02/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

ADDRESSEE:

PIW0128A 40 1 AV 0.398
7000000041 00.0001.0040 40/2

**DOLORES CALDERON**
37021 JULIAN LN
PALMDALE, CA 93552

REMIT TO:

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

**STATEMENT**

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 12/17/20 - 01/21/21 = 35 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class | |
|---|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 01/28/21 | 2306284 | Single-Family Residential | |
| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
| 14343679 | 3/4" | 2,170 | 2,204 | 34 | CCF | 68585953 | A-1 |

Usage History



Jan 2021
Jan 2020
Jan 2019

0    5    10    15    20    25    30    35

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

| Your Allocation Details | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 2.79 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 10.59 |
| Billing Period Tier 2 Outdoor Allocation: | 2.94 |
| Billing Period Total Allocation: | 13.53 |
| Total Usage: | 34.00 |
| Usage Per Day: | 0.94 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-5pm
FOR BILLING INQUIRIES: 661-947-4111
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

Current Consumption Charges:

| | |
|---|---|
| Water Quality Fee | $3.06 |
| - 0.09 per CCF x 34.00 CCF = $3.06 | |
| Water Usage Charge | $99.50 |
| - Tier 1 0.93 per CCF x 10.59 CCF = $9.85 | |
| - Tier 2 1.63 per CCF x 2.94 CCF = $4.80 | |
| - Tier 3 2.15 per CCF x 4.06 CCF = $8.73 | |
| - Tier 4 3.51 per CCF x 4.06 CCF = $14.25 | |
| - Tier 5 5.01 per CCF x 12.35 CCF = $61.87 | |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge | $2.72 |
| - 0.08 per CCF x 34.00 CCF = $2.72 | |

| | |
|---|---|
| Total Current Consumption Charges: | $146.88 |
| Total Current Charges: | $146.88 |
| Previous Balance | $101.56 |
| Payments/Credits: | |
| 01/20/21 - Payment Received - Check | ($101.56) |
| Total Payments/Credits: | ($101.56) |
| Past Due Amount: | $0.00 |
| Account Balance: | $146.88 |

**ANNOUNCEMENTS:**

The Board of Directors has approved an 8.1% water revenue adjustment for 2021. The adjustment will take effect on January 1, 2021.
Due to the extended Stay-at-Home order, our lobby remains closed and in-person appointments are not available through the end of January. Contact our Customer Care Reps at 661-947-4111 for assistance. Please continue to pay your bills by phone, mail, online , drop-box or at 7-Eleven or Family Dollar stores.

Pg 2 of 2

---



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.



**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)714-0004 for help 24/7

PayNearMe
Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | **REDACTED** |
| Past Due Amount<br>Pay Immediately to avoid shut off | **$146.88** |
| Current Due Upon Presentment | **$98.29** |
| 10% Late Penalty Assessed on Current Due After | **03/25/21** |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

**REMIT TO:**

PLW0226A  41 1 AV 0.398
7000000042 00.0001.0041 41/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

**STATEMENT**

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 01/22/21 - 02/22/21 = 31 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 02/26/21 | 2362239 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,204 | 2,228 | 24 | CCF | 68585953 | A-1 |

**Usage History**

| | |
|---|---|
| Feb 2021 | |
| Feb 2020 | |
| Feb 2019 | |

0   5   10   15   20   25   30

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft) | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 3.42 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 9.41 |
| Billing Period Tier 2 Outdoor Allocation: | 3.61 |
| Billing Period Total Allocation: | 13.02 |
| Total Usage: | 24.00 |
| Usage Per Day: | 0.75 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-6pm
FOR BILLING INQUIRIES: 661-947-4111
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

**Current Consumption Charges:**

| | |
|---|---|
| Water Quality Fee<br>- 0.09 per CCF x 24.00 CCF = $2.16 | $2.16 |
| Water Usage Charge<br>- Tier 1 0.93 per CCF x 9.41 CCF = $8.75<br>- Tier 2 1.63 per CCF x 3.61 CCF = $5.88<br>- Tier 3 2.15 per CCF x 3.91 CCF = $8.40<br>- Tier 4 3.51 per CCF x 3.91 CCF = $13.71<br>- Tier 5 5.01 per CCF x 3.17 CCF = $15.87 | $52.61 |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge<br>- 0.08 per CCF x 24.00 CCF = $1.92 | $1.92 |

| | |
|---|---|
| **Total Current Consumption Charges:** | $98.29 |
| **Total Current Charges:** | $98.29 |
| Previous Balance | $146.88 |
| **Total Payments/Credits:** | $0.00 |
| **Past Due Amount:** | $146.88 |
| **Account Balance:** | $245.17 |

**ANNOUNCEMENTS:**

Our lobby remains closed. In-person appointments are not available until March 1. Contact our Customer Care Reps at 661-947-4111 for assistance.

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call
(888)-714-0004 for help 24/7

PayNearMe
Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| | |
|---|---|
| Name | Dolores Calderon |
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount<br>Pay immediately to avoid shut off | $0.00 |
| Current Due Upon Presentment | $107.32 |
| 10% Late Penalty Assessed on Current Due After | 04/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED
REMIT TO:

ADDRESSEE:

PLW0330B 40 2 AV 0.398
7000000041 00.0001.0040 40/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

**STATEMENT**

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 02/23/21 - 03/23/21 = 28 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class | |
|---|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 03/30/21 | 2419555 | Single-Family Residential | |
| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
| 14343679 | 3/4" | 2,228 | 2,251 | 23 | CCF | 68585953 | A-1 |



Usage History

Mar 2021
Mar 2020
Mar 2019

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 4.48 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 8.53 |
| Billing Period Tier 2 Outdoor Allocation: | 4.73 |
| Billing Period Total Allocation: | 13.26 |
| Total Usage: | 23.00 |
| Usage Per Day: | 0.79 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-6pm
FOR BILLING INQUIRIES: 661-947-4111
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

**Current Consumption Charges:**

| | |
|---|---|
| Water Quality Fee<br>- 0.09 per CCF x 23.00 CCF = $2.07 | $2.07 |
| Water Usage Charge<br>- Tier 1 0.93 per CCF x 8.53 CCF = $7.93<br>- Tier 2 1.63 per CCF x 4.73 CCF = $7.71<br>- Tier 3 2.15 per CCF x 3.98 CCF = $8.55<br>- Tier 4 3.51 per CCF x 3.98 CCF = $13.96<br>- Tier 5 5.01 per CCF x 1.79 CCF = $8.97 | $47.12 |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge<br>- 0.08 per CCF x 23.00 CCF = $1.84 | $1.84 |
| **Total Current Consumption Charges:** | **$92.63** |

**Current Account Activity Charges:**

| | |
|---|---|
| 03/01/21 - Late Fees | $14.69 |
| **Total Current Charges:** | **$107.32** |
| Previous Balance | $245.17 |

**Payments/Credits:**

| | |
|---|---|
| 03/03/21 - Payment Received - Check | ($146.88) |
| 03/26/21 - Payment Received - Check | ($98.29) |
| **Total Payments/Credits:** | **($245.17)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$107.32** |

**ANNOUNCEMENTS:**

Customers who are seniors 62 & older, veterans of any age & low-income families can qualify for reduced monthly fees by applying for the Rate Assistance Program. Customers must re-apply each year. Funds are limited. For more info, go to palmdalewater.org or call 661-947-4111.

Our lobby remains closed for in-person appointments until April 1. Contact our Customer Care Reps at 661-947-4111 for assistance..

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)-714-0004 for help 24/7

PayNearMe
Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



MAKE CHECKS PAYABLE TO:

**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount — Pay Immediately to avoid shut off | $0.00 |
| Current Due Upon Presentment | $79.76 |
| 10% Late Penalty Assessed on Current Due After | 05/25/21 |
| Amount Paid | $ |

**Please make checks payable to: Palmdale Water District**
Online/Website Enrollment Pin: REDACTED

REMIT TO:

ADDRESSEE:

PLW0429A  210 1 AV 0.398
7000000241 00.0003.0041 218/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

## STATEMENT

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 03/24/21 - 04/21/21 = 28 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 04/29/21 | 2475751 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,251 | 2,273 | 22 | CCF | 68585953 | A-1 |

### Usage History



Apr 2021
Apr 2020
Apr 2019

0  5  10  15  20  25  30  35

1 CCF = 748 Gallons

The following information was used to calculate your allowance:

| Your Allocation Details | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 7.17 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 8.53 |
| Billing Period Tier 2 Outdoor Allocation: | 7.57 |
| Billing Period Total Allocation: | 16.09 |
| Total Usage: | 22.00 |
| Usage Per Day: | 0.76 |

**EMERGENCIES AFTER HOURS: 661-947-4114**

**CUSTOMER SERVICE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-6pm
FOR BILLING INQUIRIES: 661-947-4111
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

| Current Consumption Charges: | |
|---|---|
| Water Quality Fee | $1.98 |
| - 0.09 per CCF x 22.00 CCF = $1.98 | |
| Water Usage Charge | $34.42 |
| - Tier 1 0.93 per CCF x 8.53 CCF = $7.93 | |
| - Tier 2 1.63 per CCF x 7.57 CCF = $12.33 | |
| - Tier 3 2.15 per CCF x 4.83 CCF = $10.38 | |
| - Tier 4 3.51 per CCF x 1.08 CCF = $3.78 | |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge | $1.76 |
| - 0.08 per CCF x 22.00 CCF = $1.76 | |
| **Total Current Consumption Charges:** | **$79.76** |
| **Total Current Charges:** | **$79.76** |
| Previous Balance | $107.32 |
| Payments/Credits: | |
| 04/14/21 - Payment Received - Check | ($107.32) |
| **Total Payments/Credits:** | **($107.32)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$79.76** |

**ANNOUNCEMENTS:**
A friendly reminder that you are billed based on your household allocation & landscape size. As the weather gets warmer, please use water wisely to keep your bills low.

Our lobby is now open Mondays & Thursdays for in-person appointments for customers needing help with starting service, variances & the Rate Assistance Program. Appointments are not for bill payments.

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**FAMILY DOLLAR**

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day



**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call
(888) 714-0004 for help 24/7

PayNearMe
Payment will post by following business day



LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount | $0.00 |
| Current Due Upon Presentment | $96.80 |
| 10% Late Penalty Assessed on Current Due After | 06/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

ADDRESSEE:

PLW05278  218 1 AV 0.398
7000000241 00.0003.0041 218/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

REMIT TO:

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

**STATEMENT**

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 04/22/21 - 05/24/21 = 32 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 05/27/21 | 2530406 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,273 | 2,302 | 29 | CCF | 68585953 | A-1 |

Usage History



| | | |
|---|---|---|
| May 2021 | | |
| May 2020 | | |
| May 2019 | | |

0    5    10   15   20   25   30   35

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

| Your Allocation Details | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft) | 1,808.95 |
| Assigned Number of Residents | 4 |
| ETo for this billing period: | 9.33 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 9.71 |
| Billing Period Tier 2 Outdoor Allocation: | 9.85 |
| Billing Period Total Allocation: | 19.55 |
| Total Usage: | 29.00 |
| Usage Per Day: | 0.88 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-6pm
FOR BILLING INQUIRIES: 661-947-4111
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

| Your Account | |
|---|---|
| **Current Consumption Charges:** | |
| Water Quality Fee | $2.61 |
| - 0.09 per CCF x 29.00 CCF = $2.61 | |
| Water Usage Charge | $50.27 |
| - Tier 1 0.93 per CCF x 9.71 CCF = $9.03 | |
| - Tier 2 1.63 per CCF x 9.85 CCF = $16.05 | |
| - Tier 3 2.15 per CCF x 5.87 CCF = $12.61 | |
| - Tier 4 3.51 per CCF x 3.58 CCF = $12.58 | |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge | $2.32 |
| - 0.08 per CCF x 29.00 CCF = $2.32 | |
| **Total Current Consumption Charges:** | $96.80 |
| **Total Current Charges:** | $96.80 |
| **Previous Balance** | $79.76 |
| **Payments/Credits:** | |
| 05/13/21 - Payment Received - Check | ($79.76) |
| **Total Payments/Credits:** | ($79.76) |
| **Past Due Amount:** | $0.00 |
| **Account Balance:** | $96.80 |

**ANNOUNCEMENTS:**
Stage 1 of the PWD Water Shortage Contingency Plan is in effect. PLEASE REDUCE WATER USAGE BY 15%, Save Water. Save Money. For Water Supply FAQ, go to palmdalewater.org

Please take our Hazard Mitigation Plan survey from May 17-27 using the QR code below.

PWD is updating its Hazard Mitigation Plan & conducting a survey to better understand your concerns about water-related hazards in the community. Please participate in the survey using the QR code below. The survey is open May 17-27.

PWD está actualizando su Plan de mitigación de peligros y realizando una encuesta para comprender mejor sus preocupaciones sobre los peligros relacionados con el agua en la comunidad. Participe en la encuesta utilizando el código QR a continuación. La encuesta está abierta del 17 al 27 de mayo.

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.



**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt
Customers or Sales Associates call (888) 714-0004 for help 24/7

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Name | Dolores Calderon |
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount (Pay Immediately to avoid shut off) | $0.00 |
| Current Due Upon Presentment | $125.76 |
| 10% Late Penalty Assessed on Current Due After | 07/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

REMIT TO:

ADDRESSEE:

PLW0629A 211 2 AV 0.398
7000000234 00.0003.0041 211/2

DOLORES CALDERON
37021 JULIAN LN
PALMDALE, CA 93552

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

## STATEMENT

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 05/25/21 - 06/22/21 = 28 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class | |
|---|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 06/29/21 | 2570369 | Single-Family Residential | |
| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
| 14343679 | 3/4" | 2,302 | 2,336 | 34 | CCF | 68585953 | A-1 |

### Usage History



Jun 2021
Jun 2020
Jun 2019

1 CCF = 748 Gallons

The following information was used to calculate your allowance:

| Your Allocation Details | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 9.30 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 8.53 |
| Billing Period Tier 2 Outdoor Allocation: | 9.81 |
| Billing Period Total Allocation: | 18.34 |
| Total Usage: | 34.00 |
| Usage Per Day: | 1.17 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-6pm
FOR BILLING INQUIRIES: 661-947-4111
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

Current Consumption Charges:

| | |
|---|---|
| Water Quality Fee | $3.06 |
| - 0.09 per CCF x 34.00 CCF = $3.06 | |
| Water Usage Charge | $78.38 |
| - Tier 1 0.93 per CCF x 8.53 CCF = $7.93 | |
| - Tier 2 1.63 per CCF x 9.81 CCF = $16.00 | |
| - Tier 3 2.15 per CCF x 5.50 CCF = $11.83 | |
| - Tier 4 3.51 per CCF x 5.50 CCF = $19.31 | |
| - Tier 5 5.01 per CCF x 4.65 CCF = $23.31 | |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge | $2.72 |
| - 0.08 per CCF x 34.00 CCF = $2.72 | |
| **Total Current Consumption Charges:** | **$125.76** |
| **Total Current Charges:** | **$125.76** |
| Previous Balance | $96.80 |
| Payments/Credits: | |
| 06/11/21 - Payment Received - Check | ($96.80) |
| **Total Payments/Credits:** | **($96.80)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$125.76** |

**ANNOUNCEMENTS:**

PWD's Water Shortage Contingency Plan Stage 1 is in effect. PLEASE CONTINUE REDUCING WATER USAGE BY 15%. Check your outdoor irrigation water usage. Save Water Today for Our Tomorrow.

Our lobby is open Monday-Thursday for in-person appointments for customers needing help with starting service, variances & the Rate Assistance Program. Appointments are not for bill payments. Call 661-947-4111 or go to palmdalewater.org to schedule an appointment.

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)714-0004 for help 24/7

Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | **REDACTED** |
| Past Due Amount | $0.00 |
| Pay immediately to avoid shut off | |
| **Current Due Upon Presentment** | **$206.12** |
| 10% Late Penalty Assessed on Current Due After | 08/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

**REMIT TO:**

ADDRESSEE:

P1W0728B  213 1 AV 0.398
7000000236 00.0003.0041 213/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Online/Website Enrollment Pin: REDACTED

**STATEMENT**

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 06/23/21 - 07/21/21 = 28 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 07/28/21 | 2599919 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,336 | 2,386 | 50 | CCF | 68585953 | A-1 |

**Usage History**

Jul 2021

Jul 2020

Jul 2019

| 0 | 20 | 40 | 60 |

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 9.81 |
| | **CCF** |
| Billing Period Tier 1 Indoor Allocation: | 8.53 |
| Billing Period Tier 2 Outdoor Allocation: | 10.35 |
| Billing Period Total Allocation: | 18.88 |
| Total Usage: | 50.00 |
| Usage Per Day: | 1.72 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
**CURRENT OFFICE HOURS: MON-THU 8am-6pm**
**FOR BILLING INQUIRIES: 661-947-4111**
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

**Current Consumption Charges:**

| Water Quality Fee | $4.50 |
|---|---|
| - 0.09 per CCF x 50.00 CCF = $4.50 | |
| | |
| Water Usage Charge | $156.02 |
| - Tier 1 0.93 per CCF x 8.53 CCF = $7.93 | |
| - Tier 2 1.63 per CCF x 10.35 CCF = $16.87 | |
| - Tier 3 2.15 per CCF x 5.66 CCF = $12.18 | |
| - Tier 4 3.51 per CCF x 5.66 CCF = $19.88 | |
| - Tier 5 5.01 per CCF x 19.79 CCF = $99.16 | |
| | |
| Monthly Service Charge | $41.60 |
| | |
| Elevation Booster Surcharge | $4.00 |
| - 0.08 per CCF x 50.00 CCF = $4.00 | |

| **Total Current Consumption Charges:** | **$206.12** |
|---|---|
| **Total Current Charges:** | **$206.12** |
| **Previous Balance** | **$125.76** |

**Payments/Credits:**

| 07/19/21 - Payment Received - Check | ($125.76) |
|---|---|
| **Total Payments/Credits:** | **($125.76)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$206.12** |

**ANNOUNCEMENTS:**
Our lobby will reopen for full service starting July 12.

We are experiencing drought conditions. PLEASE CONTINUE REDUCING
WATER USAGE BY 15%. Save Water Today for Our Tomorrow.

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.



**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call
(888)-714-0004 for help 24/7

PayNearMe
Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | **REDACTED** |
| **Past Due Amount** Pay Immediately to avoid shut off | **$206.12** |
| **Current Due Upon Presentment** | **$233.17** |
| 10% Late Penalty Assessed on Current Due After | **09/25/21** |
| Amount Paid | $ |

**Please make checks payable to: Palmdale Water District**
Online/Website Enrollment Pin: REDACTED

ADDRESSEE:

P1M0830A  209 1 AV 0.426
7000000232 00.0003.0041 209/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

REMIT TO:

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

---

## STATEMENT

**REGULAR BILL**

Online/Website Enrollment Pin: **REDACTED**
Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 07/22/21 - 08/23/21 = 32 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 08/30/21 | 2646884 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,386 | 2,439 | 53 | CCF | 68585953 | A-1 |

**Usage History**



Aug 2021
Aug 2020
Aug 2019

0   20   40   60   80   100

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 10.37 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 9.71 |
| Billing Period Tier 2 Outdoor Allocation: | 10.94 |
| Billing Period Total Allocation: | 20.65 |
| Total Usage: | 53.00 |
| Usage Per Day: | 1.61 |

EMERGENCIES AFTER HOURS: 661-947-4114

**CUSTOMER SERVICE INFORMATION:**
**CURRENT OFFICE HOURS: MON-THU 8am-5pm**
**FOR BILLING INQUIRIES: 661-947-4111**
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

**Your Account**

**Current Consumption Charges:**

| | |
|---|---|
| Water Quality Fee - 0.09 per CCF x 53.00 CCF = $4.77 | $4.77 |
| Water Usage Charge - Tier 1 0.93 per CCF x 9.71 CCF = $9.03 - Tier 2 1.63 per CCF x 10.94 CCF = $17.84 - Tier 3 2.15 per CCF x 6.19 CCF = $13.32 - Tier 4 3.51 per CCF x 6.19 CCF = $21.74 - Tier 5 5.01 per CCF x 19.96 CCF = $100.02 | $161.95 |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge - 0.08 per CCF x 53.00 CCF = $4.24 | $4.24 |
| **Total Current Consumption Charges:** | **$212.56** |

**Current Account Activity Charges:**

| | |
|---|---|
| 08/30/21 - Late Fees | $20.61 |
| **Total Current Charges:** | **$233.17** |
| **Previous Balance** | **$206.12** |
| **Total Payments/Credits:** | **$0.00** |
| **Past Due Amount:** | **$206.12** |
| **Account Balance:** | **$439.29** |

**ANNOUNCEMENTS:**

California's water shutoff moratorium ends Sept. 30, please pay your delinquent bills. For assistance, call Customer Care at 661-947-4111.

We are experiencing drought conditions. PLEASE CONTINUE REDUCING WATER USAGE BY 15%. Save Water Today for Our Tomorrow.

Our lobby is open for full service 8 a.m.-6 p.m. Mon.-Thurs.

Pg 2 of 2

---



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance



Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)-714-0004 for help 24/7



Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| ADDRESSEE: | |
| --- | --- |

PIW0929A  212 2 AV 0.426
7000000235 00.0003.0041 212/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

| Name | Dolores Calderon |
| --- | --- |
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount Pay Immediately to avoid shut off | $0.00 |
| Current Due Upon Presentment | $194.26 |
| 10% Late Penalty Assessed on Current Due After | 10/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

**REMIT TO:**

||||||ı|||||ıı|ı|||ııı|ı|ıı|ıı||ı|ı||ı|ı|ıı||ı|ı|ı||ı|

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

✂

# STATEMENT

**REGULAR BILL**

Online/Website Enrollment Pin: REDACTED
Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 08/24/21 - 09/22/21 = 29 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
| --- | --- | --- | --- | --- | --- | --- |
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 09/29/21 | 2680978 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 14343679 | 3/4" | 2,439 | 2,485 | 46 | CCF | 68585953 | A-1 |

**Usage History**



Sep 2021
Sep 2020
Sep 2019

| 0 | 20 | 40 | 60 |

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

| Your Allocation Details | |
| --- | --- |
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 7.70 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 8.82 |
| Billing Period Tier 2 Outdoor Allocation: | 8.13 |
| Billing Period Total Allocation: | 16.95 |
| Total Usage: | 46.00 |
| Usage Per Day: | 1.53 |

**EMERGENCIES AFTER HOURS: 661-947-4114**

**CUSTOMER SERVICE INFORMATION:**
**CURRENT OFFICE HOURS: MON-THU 8am-6pm**
**FOR BILLING INQUIRIES: 661-947-4111**
PAY BY PHONE: 855-498-9969

Manage and pay your account at www.palmdalewater.org

| Your Account | |
| --- | --- |
| **Current Consumption Charges:** | |
| Water Quality Fee - 0.09 per CCF x 46.00 CCF = $4.14 | $4.14 |
| Water Usage Charge - Tier 1 0.93 per CCF x 8.82 CCF = $8.21 - Tier 2 1.63 per CCF x 8.13 CCF = $13.24 - Tier 3 2.15 per CCF x 5.08 CCF = $10.93 - Tier 4 3.51 per CCF x 5.08 CCF = $17.85 - Tier 5 5.01 per CCF x 18.88 CCF = $94.61 | $144.84 |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge - 0.08 per CCF x 46.00 CCF = $3.68 | $3.68 |
| **Total Current Consumption Charges:** | $194.26 |
| **Total Current Charges:** | $194.26 |
| **Previous Balance** | $439.29 |
| **Payments/Credits:** | |
| 09/13/21 - Payment Received - CreditCard | ($233.17) |
| 09/13/21 - Payment Received - CreditCard | ($206.12) |
| **Total Payments/Credits:** | ($439.29) |
| **Past Due Amount:** | $0.00 |
| **Account Balance:** | $194.26 |

**ANNOUNCEMENTS:**
California's water shutoff moratorium ends Sept. 30, please pay your delinquent bills. For assistance, call Customer Care at 661-947-4111.

We are experiencing drought conditions. PLEASE CONTINUE REDUCING WATER USAGE BY 15%. Save Water Today for Our Tomorrow.

Our lobby is open for full service 8 a.m.-6 p.m. Mon.-Thurs.

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier:  Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)714-0004 for help 24/7

PayNearMe
Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| Name | Dolores Calderon |
|---|---|
| Service Address | 37021 Julian Ln |
| Account Number | **REDACTED** |
| Past Due Amount<br>Pay immediately to avoid shut off | **$0.00** |
| Current Due Upon Presentment | **$149.13** |
| 10% Late Penalty Assessed on Current Due After | **11/25/21** |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

ADDRESSEE:

PLW1028A 2481 1 AV 0.426
7000002542 00.0009.0222 2481/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

REMIT TO:

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

---

Online/Website Enrollment Pin: REDACTED

## STATEMENT

**REGULAR BILL**

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 09/23/21 - 10/25/21 = 32 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 10/28/21 | 2737386 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,485 | 2,521 | 36 | CCF | 68585953 | A-1 |

### Usage History

| | | |
|---|---|---|
| Oct 2021 | | |
| Oct 2020 | | |
| Oct 2019 | | |

0    10    20    30    40

1 CCF = 748 Gallons

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 5.39 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 9.71 |
| Billing Period Tier 2 Outdoor Allocation: | 5.69 |
| Billing Period Total Allocation: | 15.39 |
| Total Usage: | 36.00 |
| Usage Per Day: | 1.09 |

**Your Account**

**Current Consumption Charges:**

| | |
|---|---|
| Water Quality Fee<br>- 0.09 per CCF x 36.00 CCF = $3.24 | $3.24 |
| Water Usage Charge<br>- Tier 1 0.93 per CCF x 9.71 CCF = $9.03<br>- Tier 2 1.63 per CCF x 5.69 CCF = $9.27<br>- Tier 3 2.15 per CCF x 4.62 CCF = $9.93<br>- Tier 4 3.51 per CCF x 4.62 CCF = $16.21<br>- Tier 5 5.01 per CCF x 11.37 CCF = $56.97 | $101.41 |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge<br>- 0.08 per CCF x 36.00 CCF = $2.88 | $2.88 |
| **Total Current Consumption Charges:** | **$149.13** |
| **Total Current Charges:** | **$149.13** |
| **Previous Balance** | **$194.26** |

**Payments/Credits:**

| | |
|---|---|
| 10/14/21 - Payment Received - Cash | ($194.26) |
| **Total Payments/Credits:** | **($194.26)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$149.13** |

**ANNOUNCEMENTS:**

If you need assistance with your delinquent bills, our Customer Care staff can help you set up a payment plan. Please call 661-947-4111 for information.

We are experiencing drought conditions. PLEASE CONTINUE REDUCING WATER USAGE BY 15%. Save Water Today for Our Tomorrow.

**CUSTOMER CARE INFORMATION:**
CURRENT OFFICE HOURS: MON-THU 8am-6pm
**FOR BILLING INQUIRIES: 661-947-4111**
PAY BY PHONE: 855-498-9969

EMERGENCIES AFTER HOURS: 661-947-4114
Manage and pay your account at www.palmdalewater.org
Attend our FREE "Winterizing Your Home" workshop at 11 a.m. Thursday, Dec. 9, at PWD, 2029 E. Ave. Q. Sign up at https://seam.ly/ybVrtjw4.

Pg 2 of 2

---



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.



**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day



**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call
(888)-714-0004 for help 24/7

PayNearMe
Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

| | |
|---|---|
| Name | Dolores Calderon |
| Service Address | 37021 Julian Ln |
| Account Number | REDACTED |
| Past Due Amount | $0.00 |
| Pay Immediately to avoid shut off | |
| Current Due Upon Presentment | $123.27 |
| 10% Late Penalty Assessed on Current Due After | 12/25/21 |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

REMIT TO:

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

PLW1129B  210 1 AV 0.426
7000000234 00.0003.0041 210/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

## STATEMENT

**REGULAR BILL**

Online/Website Enrollment Pin: REDACTED

Service Addr: 37021 Julian Ln, Palmdale, CA

Billing Period: 10/26/21 - 11/23/21 = 28 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 11/29/21 | 2774155 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,521 | 2,549 | 28 | CCF | 68585953 | A-1 |

**Usage History**



1 CCF = 748 Gallons

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 3.52 |
| | CCF |
| Billing Period Tier 1 Indoor Allocation: | 8.53 |
| Billing Period Tier 2 Outdoor Allocation: | 3.71 |
| Billing Period Total Allocation: | 12.24 |
| Total Usage: | 28.00 |
| Usage Per Day: | 0.96 |

**Your Account**

**Current Consumption Charges:**

| | |
|---|---|
| Water Quality Fee | $2.52 |
| - 0.09 per CCF x 28.00 CCF = $2.52 | |
| Water Usage Charge | $76.91 |
| - Tier 1 0.93 per CCF x 8.53 CCF = $7.93 | |
| - Tier 2 1.63 per CCF x 3.71 CCF = $6.05 | |
| - Tier 3 2.15 per CCF x 3.67 CCF = $7.90 | |
| - Tier 4 3.51 per CCF x 3.67 CCF = $12.89 | |
| - Tier 5 5.01 per CCF x 8.41 CCF = $42.14 | |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge | $2.24 |
| - 0.08 per CCF x 28.00 CCF = $2.24 | |
| **Total Current Consumption Charges:** | **$123.27** |
| **Total Current Charges:** | **$123.27** |
| Previous Balance | $149.13 |
| Payments/Credits: | |
| 11/15/21 - Payment Received - CreditCard | ($149.13) |
| **Total Payments/Credits:** | **($149.13)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$123.27** |

**ANNOUNCEMENTS:**

Seniors ages 62 & older, veterans & low-income families can now apply for help with their monthly service fees. Please call 661-947-4111 for assistance.

Due to the drought, PLEASE CONTINUE REDUCING WATER USAGE BY 15%. Save Water Today for Our Tomorrow.

Manage and pay your account at www.palmdalewater.org

**CUSTOMER CARE INFORMATION:**

CURRENT OFFICE HOURS: MON-THU 8am-6pm
**FOR BILLING INQUIRIES:** 661-947-4111
PAY BY PHONE: 855-498-9969

EMERGENCIES AFTER HOURS: 661-947-4114

Attend our FREE "Winterizing Your Home" workshop at 11 a.m. Thursday, Dec. 9, at PWD, 2029 E. Ave. Q. Sign up at https://seam.ly/ybVrtjw4.

Pg 2 of 2

 PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES

Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

PayNearMe
Payment will post by following business day



**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)714-0004 for help 24/7

PayNearMe
Payment will post by following business day



LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com



**Palmdale Water District**
2029 EAST AVENUE Q
PALMDALE, CA 93550

REDACTED

REDACTED

| MAKE CHECKS PAYABLE TO: | |
|---|---|
| Name | Dolores Calderon |
| Service Address | 37021 Julian Ln |
| Account Number | **REDACTED** |
| Past Due Amount<br>Pay immediately to avoid shut off | **$0.00** |
| **Current Due Upon Presentment** | **$142.10** |
| 10% Late Penalty Assessed on Current Due After | **01/25/22** |
| Amount Paid | $ |

Please make checks payable to: Palmdale Water District
Online/Website Enrollment Pin: REDACTED

**REMIT TO:**

PALMDALE WATER DISTRICT
PO BOX 904070
PALMDALE, CA 93590-4070

ADDRESSEE:

PLW1227S  210 2 AV 0.426
7000000232 00.0003.0041 210/2

**DOLORES CALDERON**
**37021 JULIAN LN**
**PALMDALE, CA 93552**

PLEASE RETURN THIS PORTION WITH PAYMENT TO P.W.D.
REMEMBER TO SIGN YOUR CHECK AND INCLUDE YOUR ACCOUNT #

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

---

Online/Website Enrollment Pin: REDACTED
Service Addr: 37021 Julian Ln, Palmdale, CA

## STATEMENT

## REGULAR BILL

Billing Period: 11/24/21 - 12/21/21 = 27 Days

| Account Name | Account Number | Location # | Customer # | Bill Date | Bill # | Location Class |
|---|---|---|---|---|---|---|
| Dolores Calderon | REDACTED | 61699006 | REDACTED | 12/27/21 | 2816367 | Single-Family Residential |

| Meter | Meter Size | Previous Read | Current Read | Usage | UOM | ERT Number | Zone |
|---|---|---|---|---|---|---|---|
| 14343679 | 3/4" | 2,549 | 2,579 | 30 | CCF | 68585953 | A-1 |

**Usage History**



Dec 2021
Dec 2020
Dec 2019

0   5   10   15   20   25   30   35

*1 CCF = 748 Gallons*

The following information was used to calculate your allowance:

**Your Allocation Details**

| | |
|---|---|
| Total Parcel Size | 9,025.6 |
| Assigned Landscape Area (Sq Ft): | 1,808.95 |
| Assigned Number of Residents: | 4 |
| ETo for this billing period: | 2.13 |
| | **CCF** |
| Billing Period Tier 1 Indoor Allocation: | 8.23 |
| Billing Period Tier 2 Outdoor Allocation: | 2.25 |
| Billing Period Total Allocation: | 10.48 |
| Total Usage: | 30.00 |
| Usage Per Day: | 1.07 |

**Your Account**

**Current Consumption Charges:**

| | |
|---|---|
| Water Quality Fee<br>- 0.09 per CCF x 30.00 CCF = $2.70 | $2.70 |
| Water Usage Charge<br>- Tier 1 0.93 per CCF x 8.23 CCF = $7.66<br>- Tier 2 1.63 per CCF x 2.25 CCF = $3.66<br>- Tier 3 2.15 per CCF x 3.14 CCF = $6.76<br>- Tier 4 3.51 per CCF x 3.14 CCF = $11.04<br>- Tier 5 5.01 per CCF x 13.23 CCF = $66.28 | $95.40 |
| Monthly Service Charge | $41.60 |
| Elevation Booster Surcharge<br>- 0.08 per CCF x 30.00 CCF = $2.40 | $2.40 |
| **Total Current Consumption Charges:** | **$142.10** |
| **Total Current Charges:** | **$142.10** |
| **Previous Balance** | **$123.27** |
| Payments/Credits: | |
| 12/15/21 - Payment Received - Cash | ($123.27) |
| **Total Payments/Credits:** | **($123.27)** |
| **Past Due Amount:** | **$0.00** |
| **Account Balance:** | **$142.10** |

**ANNOUNCEMENTS:**

Seniors ages 62 & older, veterans & low-income families can now apply for help with their monthly service fees. Please call 661-947-4111 for assistance.
Due to the drought, PLEASE CONTINUE REDUCING WATER USAGE BY 15%. Save Water Today for Our Tomorrow.

California's water shutoff moratorium ends Dec. 31; please pay your delinquent bills. For assistance, call Customer Care at 661-947-4111.

## CUSTOMER CARE INFORMATION:

CURRENT OFFICE HOURS: MON-THU 8am-6pm

**FOR BILLING INQUIRIES: 661-947-4111**
PAY BY PHONE: 855-498-9969

EMERGENCIES AFTER HOURS: 661-947-4114

Manage and pay your account at www.palmdalewater.org

Pg 2 of 2



PAY CASH AT PARTICIPATING FAMILY DOLLAR OR 7-ELEVEN STORES
Bring this notice with you to make a payment. Customers call (888) 714-0004 for help.
Visit www.paynearme.com for a list of participating locations near you.

**Family Dollar Team Member Instructions**
1. Scan barcode below
2. Key in amount customer wants to pay and press Total.
3. Collect payment from customer
4. Tender the transaction
5. Provide customer with receipt
Cashier: Call CCTS at 866-377-6420 for assistance

**7-Eleven® Sales Associate Instructions**
1. Ask customer amount to load
2. Press LOAD button
3. Scan barcode and collect payment
4. Return Payslip and provide receipt

Customers or Sales Associates call (888)714-0004 for help 24/7

Payment will post by following business day

LOAD LIKE A GIFT CARD

PayNearMe is a trademark of PayNearMe, Inc. patents pending. Subject to terms of use at www.paynearme.com

**EXHIBIT 7**



**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 4

| Customer account | Rotating outage | |
|---|---|---|
| REDACTED | Group N001 | **Amount due $79.17** |
| | | **Due by 02/17/21** |
| Service account | Date bill prepared | |
| REDACTED | 01/29/21 | |
| 37021 JULIAN LN | | |
| PALMDALE, CA 93552 | | |

## Your account summary



| | |
|---|---|
| Previous Balance | $77.66 |
| Payment Received 01/20/21 | -$77.66 |
| Balance forward | $0.00 |
| Your new charges | $79.17 |
| **Total amount you owe by 02/17/21** | **$79.17** |

## Your past and current electricity usage

For meter 222013-651596 from 12/29/20 to 01/28/21
**Total electricity you used this month in kWh**          **362**

*Your next billing cycle will end on or about 03/01/21.*

**Your daily average electricity usage (kWh)**
2 Years ago: 10.47          Last year: 11.19          This year: 12.07



---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)          Tear here                                                                                          Tear here


**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL® Company

Customer account **REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 02/17/21 | $79.17 |
|---|---|
| Amount enclosed | $ |

STMT 01292021 P2

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE, CA 93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0001

**REDACTED**



SOUTHERN CALIFORNIA **EDISON**
An *EDISON INTERNATIONAL®* Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 6

| | | |
|---|---|---|
| Customer account REDACTED | Rotating outage Group N001 | **Amount due $167.55** |
| Service account REDACTED 37021 JULIAN LN PALMDALE, CA 93552 | Date bill prepared 03/02/21 | |

## PAST DUE

## Your account summary

| | |
|---|---|
| Previous Balance | $79.17 |
| Past due amount | $79.17 |
| Your new charges | $88.38 |
| Total amount you owe | **$167.55** |

*Your bill includes a past due balance.*
*To avoid disconnection of your utility service, please pay the past due amount of $79.17 on or before 03/22/21. For assistance or to make a payment, please call Customer Service at 1-800-950-2356. If you are having difficulty paying your bill by the due date, please contact us to discuss an extension that will work with your income schedule. For more information on programs that can help you pay your bill, go to www.sce.com/billhelper.*

## Your past and current electricity usage

For meter 222013-651596 from 01/28/21 to 03/01/21
**Total electricity you used this month in kWh**          379

*Your next billing cycle will end on or about 03/30/21.*

---

(14-574)          Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SOUTHERN CALIFORNIA **EDISON®**
An *EDISON INTERNATIONAL®* Company

Customer account **REDACTED**
Please write this number on the memo line of your check. Make your check payable to Southern California Edison.

| | |
|---|---|
| Past due charges - pay by 03/22/21 | $79.17 |
| New charges - pay by 03/22/21 | $88.38 |
| Total amount you owe | **$167.55** |
| Amount enclosed                     $ | |

STMT 03022021 P2

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE, CA 93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0001

REDACTED



SOUTHERN CALIFORNIA
**EDISON**®
*An EDISON INTERNATIONAL® Company*

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 4

| | | |
|---|---|---|
| **Customer account**<br>REDACTED | **Rotating outage**<br>Group N001 | **Amount due $45.80**<br>**Due by 04/14/21** |
| **Service account**<br>REDACTED<br>37021 JULIAN LN<br>PALMDALE, CA 93552 | **Date bill prepared**<br>03/26/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $167.55 |
| Payment Received 03/03/21 | -$167.55 |
| Balance forward | $0.00 |
| Your new charges | $45.80 |
| **Total amount you owe by 04/14/21** | **$45.80** |

**You saved $21.66 this month by being enrolled in the CARE program.**

## Your past and current electricity usage

For meter 222013-651596 from 03/01/21 to 03/25/21          *Your next billing cycle will end on or about 04/28/21.*
**Total electricity you used this month in kWh**          **287**

**Your daily average electricity usage (kWh)**

2 Years ago: 10.34          Last year: 11.83          This year: 11.96



\* Irregular billing period

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)     Tear here                                                                          Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


SOUTHERN CALIFORNIA
**EDISON**®
*An EDISON INTERNATIONAL® Company*

Customer account **REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| **Amount due by 04/14/21** | **$45.80** |
|---|---|
| Amount enclosed          $ | |

STMT 03262021 P2

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE, CA 93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0001

**REDACTED**



| | |
|---|---|
| **SOUTHERN CALIFORNIA EDISON** | For billing and service inquiries |
| *An EDISON INTERNATIONAL® Company* | 1-800-684-8123 |
| | www.sce.com |

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 4

| | | |
|---|---|---|
| Customer account<br>REDACTED | Rotating outage<br>Group N001 | **Amount due $44.79**<br>**Due by 05/18/21** |
| Service account<br>REDACTED<br>37021 JULIAN LN<br>PALMDALE, CA 93552 | Date bill prepared<br>04/28/21 | |

## Your account summary

| | |
|---|---|
| Balance as of 04/01/2021 | $45.80 |
| Payment Received 04/14/21 | -$45.80 |
| Balance forward | $0.00 |
| Your new charges | $44.79 |
|  **Total amount you owe by 05/18/21** | **$44.79** |

## Your past and current electricity usage

For meter 222013-651596 from 03/25/21 to 04/27/21
**Total electricity you used this month in kWh**          **453**

*Your next billing cycle will end on or about 05/26/21.*

**Your daily average electricity usage (kWh)**

2 Years ago: N/A          Last year: 13.19          This year: 13.32



\* Irregular billing period
\*\* No data available

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com

(14-574)          Tear here                                                                Tear here



| | |
|---|---|
| **SOUTHERN CALIFORNIA EDISON**<br>*An EDISON INTERNATIONAL® Company* | Customer account **REDACTED**<br>Please write this number on the memo line<br>of your check. Make your check payable to<br>Southern California Edison. |

| **Amount due by 05/18/21** | **$44.79** |
|---|---|
| Amount enclosed | $ |

STMT 04282021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA 93552-5161

P.O. BOX 600
ROSEMEAD, CA 91771-0002

**REDACTED**



SOUTHERN CALIFORNIA
**EDISON**®
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 6

| | | |
|---|---|---|
| **Customer account** REDACTED | **Rotating outage** Group N001 | **Amount due $66.95** **Due by 06/16/21** |
| **Service account** REDACTED 37021 JULIAN LN PALMDALE, CA 93552 | **Date bill prepared** 05/27/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $44.79 |
| Payment Received 05/13/21 | -$44.79 |
| Balance forward | $0.00 |
| Your new charges | $66.95 |
|  Total amount you owe by 06/16/21 | **$66.95** |

## Your past and current electricity usage

For meter 222013-651596 from 04/28/21 to 05/26/21
**Total electricity you used this month in kWh**                    **406**

*Your next billing cycle will end on or about 06/27/21.*

**Your daily average electricity usage (kWh)**

2 Years ago: N/A        Last year: 13.65        This year: 14.00



* Irregular billing period
** No data available

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)        Tear here                                                                                    Tear here
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


SOUTHERN CALIFORNIA
**EDISON**®
An EDISON INTERNATIONAL® Company

Customer account **REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 06/16/21 | $66.95 |
|---|---|
| Amount enclosed           $ | |

STMT 05272021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**



For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 4

| | | |
|---|---|---|
| Customer account<br>REDACTED | Rotating outage<br>Group N001 | **Amount due $67.02**<br>**Due by 07/19/21** |
| Service account<br>REDACTED<br>37021 JULIAN LN<br>PALMDALE, CA 93552 | Date bill prepared<br>06/28/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $66.95 |
| Payment Received 06/11/21 | -$66.95 |
| Balance forward | $0.00 |
| Your new charges | $67.02 |
|  Total amount you owe by 07/19/21 | **$67.02** |

## Your past and current electricity usage

For meter 222013-651596 from 05/27/21 to 06/27/21
**Total electricity you used this month in kWh**     **420**

*Your next billing cycle will end on or about 07/27/21.*

**Your daily average electricity usage (kWh)**

2 Years ago: N/A     Last year: 14.59     This year: 13.13



Jun '19** Jun '20 Jul '20 Aug '20 Sep '20 Oct '20 Nov '20 Dec '20 Jan '21 Feb '21 Mar '21* Apr '21 May '21 Jun '21

\* Irregular billing period
\*\* No data available

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)    Tear here            Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Customer account **REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 07/19/21 | $67.02 |
|---|---|
| Amount enclosed   $ | |

STMT 06282021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**



**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 4

| | | |
|---|---|---|
| Customer account REDACTED | Rotating outage Group N001 | **Amount due $64.87** Due by 08/17/21 |
| Service account REDACTED 37021 JULIAN LN PALMDALE, CA 93552 | Date bill prepared 07/28/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $67.02 |
| Payment Received 07/19/21 | -$67.02 |
| Balance forward | $0.00 |
| Your new charges | $64.87 |
|  **Total amount you owe by 08/17/21** | **$64.87** |

## Your past and current electricity usage

For meter 222013-651596 from 06/28/21 to 07/27/21
**Total electricity you used this month in kWh**                     406

*Your next billing cycle will end on or about 08/25/21.*

**Your daily average electricity usage (kWh)**

2 Years ago: N/A          Last year: 15.36          This year: 13.53



\* Irregular billing period
\*\* No data available

--------------------------------------------------------------------------

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)          Tear here                                                                                      Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Customer account **REDACTED**
Please write this number on the memo line of your check. Make your check payable to Southern California Edison.

| **Amount due by 08/17/21** | **$64.87** |
|---|---|
| Amount enclosed        $ | |

STMT 07282021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**



SOUTHERN CALIFORNIA
**EDISON**
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

CALDERON, EFRAIN / Page 1 of 6

| | | |
|---|---|---|
| **Customer account** REDACTED | **Rotating outage** Group N001 | **Amount due $122.92** |
| **Service account** REDACTED 37021 JULIAN LN PALMDALE, CA 93552 | **Date bill prepared** 08/26/21 | |

## PAST DUE

## Your account summary

| | |
|---|---|
| Previous Balance | $64.87 |
| Past due amount | $64.87 |
| Your new charges | $58.05 |
| Ⓢ Total amount you owe | **$122.92** |

> *Your bill includes a past due balance.*
> *To avoid disconnection of your utility service, please pay the past due amount of $64.87 on or before 09/15/21. If you are not able to pay your bill, please call 1-800-950-2356 to discuss how we can help. You may qualify for bill payment options, including a 12-month payment plan and other financial programs available to assist you.*

## Your past and current electricity usage

For meter 222013-651596 from 07/28/21 to 08/25/21
**Total electricity you used this month in kWh**          **363**

Your next billing cycle will end on or about 09/26/21.

---

(14-574)    Tear here    Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.          Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SOUTHERN CALIFORNIA
**EDISON**
An EDISON INTERNATIONAL® Company

**Customer account REDACTED**
Please write this number on the memo line of your check. Make your check payable to Southern California Edison.

| | |
|---|---|
| Past due charges - pay by 09/15/21 | $64.87 |
| New charges - pay by 09/15/21 | $58.05 |
| **Total amount you owe** | **$122.92** |
| Amount enclosed | $ |

STMT 08262021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**



**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

CALDERON, EFRAIN / Page 1 of 6

| | | |
|---|---|---|
| Customer account<br>REDACTED | Rotating outage<br>Group N001 | **Amount due $61.35**<br>**Due by 10/18/21** |
| Service account<br>REDACTED<br>37021 JULIAN LN<br>PALMDALE, CA 93552 | Date bill prepared<br>09/27/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $122.92 |
| Payment Received 09/15/21 | -$122.92 |
| Balance forward | $0.00 |
| Your new charges | $61.35 |
|  Total amount you owe by 10/18/21 | **$61.35** |

## Your past and current electricity usage

For meter 222013-651596 from 08/26/21 to 09/26/21
**Total electricity you used this month in kWh**          380

*Your next billing cycle will end on or about 10/26/21.*

**Your daily average electricity usage (kWh)**

2 Years ago: N/A          Last year: 14.94          This year: 11.88



\* Irregular billing period
\*\* No data available

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)          Tear here                                                                                    Tear here



**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL® Company

Customer account **REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 10/18/21 | $61.35 |
|---|---|
| Amount enclosed | $ |

STMT 09272021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**

 **SOUTHERN CALIFORNIA EDISON®**
*An EDISON INTERNATIONAL® Company*

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 8

| | | |
|---|---|---|
| **Customer account**<br>REDACTED | **Rotating outage**<br>Group N001 | **Amount due $26.27**<br>Due by 11/16/21 |
| **Service account**<br>REDACTED<br>37021 JULIAN LN<br>PALMDALE, CA 93552 | **Date bill prepared**<br>10/27/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $61.35 |
| Payment Received 10/15/21 | -$61.35 |
| Balance forward | $0.00 |
| Your new charges | $26.27 |
|  **Total amount you owe by 11/16/21** | **$26.27** |

## You Received a California Climate Credit

*California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.*

## Your past and current electricity usage

For meter 222013-651596 from 09/27/21 to 10/26/21
**Total electricity you used this month in kWh**          **319**

*Your next billing cycle will end on or about 11/28/21.*

---

(14-574)        Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **SOUTHERN CALIFORNIA EDISON®**
*An EDISON INTERNATIONAL® Company*

**Customer account REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| **Amount due by 11/16/21** | **$26.27** |
|---|---|
| Amount enclosed | $ |

STMT 10272021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**



For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

CALDERON, EFRAIN / Page 1 of 4

| | | |
|---|---|---|
| Customer account<br>REDACTED | Rotating outage<br>Group N001 | **Amount due $59.40**<br>**Due by 12/20/21** |
| Service account<br>REDACTED<br>37021 JULIAN LN<br>PALMDALE, CA 93552 | Date bill prepared<br>11/29/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $26.27 |
| Payment Received 11/15/21 | -$26.27 |
| Balance forward | $0.00 |
| Your new charges | $59.40 |
|  Total amount you owe by 12/20/21 | **$59.40** |

## Your past and current electricity usage

For meter 222013-651596 from 10/27/21 to 11/28/21          Your next billing cycle will end on or about 12/27/21.
**Total electricity you used this month in kWh**          **339**

**Your daily average electricity usage (kWh)**

2 Years ago: N/A          Last year: 12.33          This year: 10.27



\* Irregular billing period
\*\* No data available

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(14-574)     Tear here          Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.          Tear here
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Customer account REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| **Amount due by 12/20/21** | | **$59.40** |
|---|---|---|
| Amount enclosed | $ | |

STMT 11292021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

**REDACTED**



For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**CALDERON, EFRAIN** / Page 1 of 4

| | | |
|---|---|---|
| **Customer account** REDACTED | **Rotating outage** Group N001 | **Amount due $45.31** **Due by 01/17/22** |
| **Service account** REDACTED 37021 JULIAN LN PALMDALE, CA 93552 | **Date bill prepared** 12/28/21 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $59.40 |
| Payment Received 12/17/21 | -$59.40 |
| Balance forward | $0.00 |
| Your new charges | $45.31 |
|  Total amount you owe by 01/17/22 | **$45.31** |

## Your past and current electricity usage

For meter 222013-651596 from 11/29/21 to 12/27/21
**Total electricity you used this month in kWh**                    **258**

*Your next billing cycle will end on or about 01/26/22.*

**Your daily average electricity usage (kWh)**

2 Years ago: N/A          Last year: 12.21          This year: 8.90



* Irregular billing period
** No data available

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)     Tear here                                                                                     Tear here

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Customer account **REDACTED**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 01/17/22 | $45.31 |
|---|---|
| Amount enclosed     $ | |

STMT 12282021 P

CALDERON, EFRAIN
37021 JULIAN LN
PALMDALE CA  93552-5161

P.O. BOX 600
ROSEMEAD, CA  91771-0002

REDACTED

# EXHIBIT 8



**SoCalGas**

A Sempra Energy utility®

ACCOUNT NUMBER REDACTED
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED  Jan 12, 2021          Page 1 of 2
24 Hour Service

**1-800-427-2200** English
1-800-342-4545 Español
1-800-252-0259 TTY

socalgas.com                           H

---

✓ Did you overlook paying your last bill? Please pay the total amount due. Disregard this message if payment was already made. Thank you.

## Account Summary

| | |
|---|---|
| Amount of Last Bill | $88.39 |
| Payment Received | - .00 |
| Current Charges | + 140.30 |
| **Total Amount Due** | **$228.69** |

| | Due By | Amount |
|---|---|---|
| Past Due | Now | $88.39 |
| Current Charges | 2/2/21 | $140.30 |
| **Total Amount Due** | | **$228.69** |

✓ This bill reflects modified gas charges due to a rate change.

## Current Charges

Rate: GR - Residential          Climate Zone:  2     Baseline Allowance: 57 Therms
Meter Number:  12488443 (Next scheduled read date Feb 9 2021)          Cycle:  7

| Billing Period | Days | Meter Number | Current Reading | - Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 12/09/20 - 01/09/21 | 31 | 12488443 | 6591 | 6494 | 97 | 0.935 | 1.044 | | 95 |

**GAS CHARGES**                                                                                    Amount($)
Customer Charge                                       31 Days x $.16438                              5.10

Gas Service (Details below)                          95 Therms

| | Baseline | Over Baseline |
|---|---|---|
| Therms used | 57 | 38 |
| Rate/Therm | $1.17281 | $1.55132 |
| Charge | $66.85 | + $58.95 |

                                                                    = 125.80
                                                        **Total Gas Charges $130.90**

**TAXES & FEES ON GAS CHARGES**                                                      Amount($)
State Regulatory Fee                         95 Therms x $.00577                          .55
Public Purpose Surcharge                     95 Therms x $.09319                         8.85
                                            Total Taxes and Fees on Gas Charges $9.40

                                            **Total Current Charges $140.30**

### Gas Usage History (Total Therms used)



| | Jan 20 | Dec 20 | Jan 21 |
|---|---|---|---|
| Total Therms used | 126 | 65 | 95 |
| Daily average Therms | 4.1 | 2.0 | 3.1 |
| Days in billing cycle | 31 | 33 | 31 |

SoCalGas' gas commodity cost per therm for your billing period:
Jan. . . . . . .$.39764     Dec. . . . . . .$.36159

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)



**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| | Due By | Amount |
|---|---|---|
| Past Due | Now | $88.39 |
| Current Charges | 2/2/21 | $140.30 |
| **Total Amount Due** | | **$228.69** |

Please enter amount enclosed.

$ _____

Write account number on check and make payable to SoCalGas.

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

CY 07 4395 1622

REDACTED



**SoCalGas**

A **Sempra Energy** utility®

ACCOUNT NUMBER **REDACTED**
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED  Feb 11, 2021          Page 1 of 2
24 Hour Service
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
**socalgas.com**

H

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $228.69 |
| Payment Received | 01/20/21 | THANK YOU | - 88.39 |
| Payment Received | 01/20/21 | THANK YOU | - 140.30 |
| Current Charges | | | + 140.66 |
| **Total Amount Due** | | | **$140.66** |



DATE DUE        Mar 4, 2021

AMOUNT DUE   $140.66

## Current Charges

Rate: GR - Residential      Climate Zone:  2      Baseline Allowance: 57 Therms
Meter Number:  12488443 *(Next scheduled read date Mar 11 2021)*      Cycle:  7

| Billing Period | Days | Meter Number | Current Reading | – | Previous Reading | = | Difference | x Factor | Billing | x Factor | BTU | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/21 - 02/09/21 | 31 | 12488443 | 6687 | | 6591 | | 96 | 0.935 | | 1.045 | | | 94 |

**GAS CHARGES**                                                      Amount($)
Customer Charge                    31 Days x $.16438                  5.10

Gas Service *(Details below)*        94 Therms

| | Baseline | Over Baseline |
|---|---|---|
| Therms used | 57 | 37 |
| Rate/Therm | $1.21246 | $1.60270 |
| Charge | $69.11 | + $59.30 |

= 128.41

Total Gas Charges **$133.51**

**TAXES & FEES ON GAS CHARGES**                                      Amount($)
State Regulatory Fee                94 Therms x $.00577               .54
Public Purpose Surcharge            94 Therms x $.07037              6.61

Total Taxes and Fees on Gas Charges  **$7.15**

**Total Current Charges $140.66**

### Gas Usage History *(Total Therms used)*



| | Feb 20 | Jan 21 | Feb 21 |
|---|---|---|---|
| Total Therms used | 103 | 95 | 94 |
| Daily average Therms | 3.6 | 3.1 | 3.0 |
| Days in billing cycle | 29 | 31 | 31 |

*SoCalGas' gas commodity cost per therm for your billing period:*
Feb . . . . . . . .$.36766    Jan . . . . . . . .$.39764

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**SoCalGas** A **Sempra Energy** utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
**REDACTED**

DATE DUE        Mar 4, 2021

AMOUNT DUE   $140.66

Please enter amount enclosed.

$

Write account number on check and
make payable to SoCalGas.

CY 07 4396 1622

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

**REDACTED**



**SoCalGas**

A *Sempra Energy* utility®

ACCOUNT NUMBER **REDACTED**
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED  Mar 15, 2021          Page 1 of 2
24 Hour Service
**1-800-427-2200** English
1-800-342-4545 *Español*
1-800-252-0259 TTY
**socalgas.com**

H

## Account Summary



| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $140.66 |
| Payment Received | 03/03/21 | THANK YOU | - 140.66 |
| Current Charges | | | + 122.77 |
| **Total Amount Due** | | | **$122.77** |

DATE DUE     **Apr 2, 2021**

AMOUNT DUE   **$122.77**

## Current Charges

Rate: GR - Residential          Climate Zone:  2          Baseline Allowance: 55 Therms
Meter Number:  12488443 *(Next scheduled read date Apr 9 2021)*          Cycle:  7

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 02/09/21 - 03/11/21 | 30 | 12488443 | 6774 | 6687 | 87 | 0.935 | 1.037 | | 84 |

**GAS CHARGES**                                                                Amount($)
Customer Charge                              30 Days x $.16438                    4.93

Gas Service *(Details below)*               84 Therms

| | Baseline | Over Baseline | |
|---|---|---|---|
| Therms used | 55 | 29 | |
| Rate/Therm | $1.19200 | $1.58241 | |
| Charge | $65.56 | + $45.89 | = 111.45 |

Total Gas Charges **$116.38**

**TAXES & FEES ON GAS CHARGES**                                          Amount($)
State Regulatory Fee                         84 Therms x $.00577                   .48
Public Purpose Surcharge                     84 Therms x $.07037                  5.91
Total Taxes and Fees on Gas Charges **$6.39**

Total Current Charges **$122.77**

### Gas Usage History *(Total Therms used)*



| | Mar 20 | Feb 21 | Mar 21 |
|---|---|---|---|
| Total Therms used | 61 | 94 | 84 |
| Daily average Therms | 1.9 | 3.0 | 2.8 |
| Days in billing cycle | 32 | 31 | 30 |

**CARE to save?** Income-qualified customers may receive a 20% discount through the CARE program. Visit socalgas.com/care for details.

*¿Quiere ahorrar? El programa CARE ofrece un 20% de descuento en la factura mensual a clientes elegibles. Visite socalgas.com/careparami*

SoCalGas® is committed to protecting your privacy. Visit socalgas.com/privacypolicy to learn about our privacy policy and socalgas.com/privacynotice to learn how we safeguard your energy usage information.

*SoCalGas' gas commodity cost per therm for your billing period:*
Mar. . . . . . . . .$.36982     Feb. . . . . . . . .$.36766

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)



**SoCalGas** A *Sempra Energy* utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
**REDACTED**

CY 07 4365 1622



DATE DUE     **Apr 2, 2021**

AMOUNT DUE   **$122.77**

Please enter amount enclosed.

$

*Write account number on check and make payable to SoCalGas.*

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

**REDACTED**



**SoCalGas**

A Sempra Energy utility*

ACCOUNT NUMBER **REDACTED**
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED Apr 13, 2021          Page 1 of 2
24 Hour Service
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
**socalgas.com**                              H

---

California is fighting climate change and so can you! Your bill includes a Climate Credit from a state program to cut carbon pollution while also reducing your energy costs. Find out how at EnergyUpgradeCA.org/credit.

(CARE) You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $122.77 |
| Payment Received | 03/26/21 | THANK YOU | - 122.77 |
| Current Charges | | | + 48.12 |
| **Total Amount Due** | | | **$48.12** |

## Current Charges

Rate: GR - Residential          Climate Zone: 2     Baseline Allowance: 53 Therms
Meter Number: 12488443 *(Next scheduled read date May 10 2021)*     Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | - | Previous Reading | = | Difference | x | Billing Factor | x | BTU Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/21 - 04/09/21 | 29 | 12488443 | 6841 | | 6774 | | 67 | | 0.935 | | 1.039 | | 65 |

### GAS CHARGES                                                          Amount($)

Customer Charge                    29 Days x $.16438                        4.77

Gas Service *(Details below)*              65 Therms

| | Baseline | Over Baseline | | |
|---|---|---|---|---|
| Therms used | 53 | 12 | | |
| Rate/Therm | $1.17604 | $1.56667 | | |
| Charge | $62.33 | + $18.80 | = | 81.13 |

| | | | |
|---|---|---|---|
| Transportation Charge Adj | 65 Therms x $.00136 | | -.09 |
| CARE Program Discount | | | -17.16 |
| California Climate Credit | | | -22.39 |
| | **Total Gas Charges** | | **$46.26** |

*(Continued on next page)*

---



DATE DUE     **May 3, 2021**

AMOUNT DUE  **$48.12**

### Gas Usage History *(Total Therms used)*

| | Apr 20 | Mar 21 | Apr 21 |
|---|---|---|---|
| Total Therms used | 85 | 84 | 65 |
| Daily average Therms | 2.9 | 2.8 | 2.2 |
| Days in billing cycle | 29 | 30 | 29 |

Spring is the season for backyard projects and home upgrades! Contact 811 before you dig to keep your family and neighborhood safe. More info at socalgas.com/811

Find your savings! Use the My Account "Ways to Save" tools for personalized savings tips in your home to help you save energy and money. Learn more at socalgas.com/waystosave

*SoCalGas' gas commodity cost per therm for your billing period:*
Apr . . . . . . . $.31371     Mar . . . . . . . $.36982

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**SoCalGas** A Sempra Energy utility*

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
**REDACTED**

DATE DUE     **May 3, 2021**

AMOUNT DUE  **$48.12**

Please enter amount enclosed.

$ _____

*Write account number on check and make payable to SoCalGas.*

CY 07 4396 1622

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

**REDACTED**



**SoCalGas**

A ⬧ Sempra Energy utility®

ACCOUNT NUMBER REDACTED
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED May 12, 2021          Page 1 of 2
24 Hour Service
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
socalgas.com

H

---

✔ Did you overlook paying your last bill? Please pay the total amount due. Disregard this message if payment was already made. Thank you.

(CARE) You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | |
|---|---|
| Amount of Last Bill | $48.12 |
| Payment Received | - .00 |
| Current Charges | + 31.45 |
| **Total Amount Due** | **$79.57** |

✔ This bill reflects modified gas charges due to a rate change.

## Current Charges

Rate: GR - Residential          Climate Zone: 2          Baseline Allowance: 43 Therms
Meter Number: 12488443 *(Next scheduled read date Jun 9 2021)*          Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 04/09/21 - 05/10/21 | 31 | 12488443 | 6871 | 6841 | 30 | 0.935 | 1.034 | | 29 |

**GAS CHARGES**                                                     Amount($)

| | | |
|---|---|---|
| Customer Charge | 31 Days x $.16438 | 5.10 |
| Gas Service *(Details below)* | 29 Therms | |

| | Baseline |
|---|---|
| Therms used | 29 |
| Rate/Therm | $1.14552 |
| Charge | $33.22 |                      = 33.22

| | | |
|---|---|---|
| Transportation Charge Adj | 29 Therms x $.00136 | -.04 |
| CARE Program Discount | | -7.66 |

                                    **Total Gas Charges $30.62**
                                    *(Continued on next page)*

---

| | Due By | Amount |
|---|---|---|
| Past Due | Now | $48.12 |
| Current Charges | 6/2/21 | $31.45 |
| **Total Amount Due** | | **$79.57** |

### Gas Usage History *(Total Therms used)*



| | May 20 | Apr 21 | May 21 |
|---|---|---|---|
| Total Therms used | 44 | 65 | 29 |
| Daily average Therms | 1.5 | 2.2 | .9 |
| Days in billing cycle | 29 | 29 | 31 |

Income-eligible households financially impacted by COVID-19 may qualify for rent and utility relief through the Emergency Rental Assistance Program. This program is subject to limited funds and an enrollment period. Learn more at housing.ca.gov/covid_rr

*SoCalGas' gas commodity cost per therm for your billing period:*
May . . . . . . . .$.35684     Apr . . . . . . . .$.31371

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**SoCalGas** A ⬧ Sempra Energy utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| | Due By | Amount |
|---|---|---|
| Past Due | Now | $48.12 |
| Current Charges | 6/2/21 | $31.45 |
| **Total Amount Due** | | **$79.57** |

Please enter amount enclosed.

$

*Write account number on check and make payable to SoCalGas.*

CY 07 4365 1622

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED



ACCOUNT NUMBER REDACTED
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED Jun 11, 2021     Page 1 of 2
24 Hour Service
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
**socalgas.com**

H

✔ Did you overlook paying your last bill? Please pay the total amount due. Disregard this message if payment was already made. Thank you.

🔶 You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

|  | Due By | Amount |
|---|---|---|
| Past Due | Now | $31.45 |
| Current Charges | 7/1/21 | $22.95 |
| **Total Amount Due** | | **$54.40** |

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $79.57 |
| Payment Received | 05/13/21 | THANK YOU | - 48.12 |
| Current Charges | | | + 22.95 |
| **Total Amount Due** | | | **$54.40** |

## Current Charges

Rate: GR - Residential          Climate Zone: 2     Baseline Allowance: 13 Therms
Meter Number: 12488443 *(Next scheduled read date Jul 9 2021)*          Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | Previous · Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/21 - 06/09/21 | 30 | 12488443 | 6890 | 6871 | 19 | 0.935 | 1.031 | | 18 |

**GAS CHARGES**                                              Amount($)

| | | |
|---|---|---|
| Customer Charge | 30 Days x $.16438 | 4.93 |
| Gas Service *(Details below)* | 18 Therms | |

| | Baseline | Over Baseline |
|---|---|---|
| Therms used | 13 | 5 |
| Rate/Therm | $1.17462 | $1.57400 |
| Charge | $15.27 | + $7.87      =      23.14 |

| | | |
|---|---|---|
| Transportation Charge Adj | 18 Therms x $.00136 | -.02 |
| CARE Program Discount | | -5.61 |

**Total Gas Charges $22.44**
*(Continued on next page)*

### Gas Usage History *(Total Therms used)*



| | Jun 20 | May 21 | Jun 21 |
|---|---|---|---|
| Total Therms used | 23 | 29 | 18 |
| Daily average Therms | .7 | .9 | .6 |
| Days in billing cycle | 32 | 31 | 30 |

Tis' the season for backyard projects and home upgrades! Contact 811 before you dig to keep your family and neighborhood safe. More info at socalgas.com/811

SoCalGas' gas commodity cost per therm for your billing period:
Jun. . . . . . . . .$.39460      May. . . . . . . .$.35684

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)



Save Paper & Postage
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

|  | Due By | Amount |
|---|---|---|
| Past Due | Now | $31.45 |
| Current Charges | 7/1/21 | $22.95 |
| **Total Amount Due** | | **$54.40** |

Please enter amount enclosed.

$

Write account number on check and make payable to SoCalGas.

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED

CV 07 4366 1622



## SoCalGas
A Sempra Energy utility®

ACCOUNT NUMBER REDACTED
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED  Jul 13, 2021          Page 1 of 2
24 Hour Service

**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*

**socalgas.com**

H

CARE  You are currently receiving the CARE discount. The discount now appears as a
separate credit on your bill.

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $54.40 |
| Payment Received | 06/11/21 | THANK YOU | - 31.45 |
| Current Charges | | | + 15.88 |
| Total Amount Due | | | $38.83 |



| DATE DUE | Aug 2, 2021 |
|---|---|
| AMOUNT DUE | $38.83 |

## Current Charges

Rate: GR - Residential          Climate Zone:  2          Baseline Allowance: 13 Therms
Meter Number:  12488443 *(Next scheduled read date Aug 9 2021)*          Cycle:  7

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/21 - 07/09/21 | 30 | 12488443 | 6902 | 6890 | 12 | 0.935 | 1.032 | | 12 |

| GAS CHARGES | | Amount($) |
|---|---|---|
| Customer Charge | 30 Days x $.16438 | 4.93 |
| Gas Service *(Details below)* | 12 Therms | |

| | Baseline | |
|---|---|---|
| Therms used | 12 | |
| Rate/Therm | $1.21000 | |
| Charge | $14.52 | = 14.52 |

| | | |
|---|---|---|
| Transportation Charge Adj | 12 Therms x $.00136 | -.02 |
| CARE Program Discount | | -3.89 |
| | **Total Gas Charges $15.54** | |

| TAXES & FEES ON GAS CHARGES | | Amount($) |
|---|---|---|
| State Regulatory Fee | 12 Therms x $.00577 | .07 |
| CARE Public Purpose Surcharge | 12 Therms x $.02278 | .27 |
| | **Total Taxes and Fees on Gas Charges $.34** | |
| | **Total Current Charges $15.88** | |

**Gas Usage History** *(Total Therms used)*

| | Jul 20 | Jun 21 | Jul 21 |
|---|---|---|---|
| Total Therms used | 20 | 18 | 12 |
| Daily average Therms | .7 | .6 | .4 |
| Days in billing cycle | 30 | 30 | 30 |

SoCalGas is committed to helping our
customers. If you are seeking financial
relief, you may qualify for assistance
programs that could help with your bill,
your home, and medical needs. Learn
more: socalgas.com/Assistance

SoCalGas is committed to helping our
customers. If you are seeking financial
relief, CARE customers may be eligible for
past due bill forgiveness through the
Arrearage Management Plan. Learn more:
socalgas.com/Forgiveness

*SoCalGas' gas commodity cost per therm for your
billing period:*
Jul. . . . . . . . .$.42622     Jun. . . . . . . . .$.39460

CY 07 4365 1622

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)



## SoCalGas
A Sempra Energy utility®

**Save Paper &
Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| DATE DUE | Aug 2, 2021 |
|---|---|
| AMOUNT DUE | $38.83 |

Please enter amount enclosed.

$

*Write account number on check and
make payable to SoCalGas.*

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED

## SoCalGas
A **Sempra Energy** utility®

ACCOUNT NUMBER REDACTED ~~#2055~~
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED Aug 11, 2021          Page 1 of 2
24 Hour Service

**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
**socalgas.com**

H

**CARE** You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $38.83 |
| Payment Received | 07/19/21 | THANK YOU | - 54.40 |
| Current Charges | | | + 17.32 |
| **Total Amount Due** | | | **$1.75** |

## Current Charges

Rate: GR - Residential     **Climate Zone:** 2     **Baseline Allowance:** 13 Therms
Meter Number: 12488443 (*Next scheduled read date Sep 8 2021*)     **Cycle:** 7

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | Difference | Billing x Factor | BTU x Factor | Total Therms |
|---|---|---|---|---|---|---|---|---|
| 07/09/21 - 08/09/21 | 31 | 12488443 | 6915 | 6902 | 13 | 0.935 | 1.032 | 13 |

**GAS CHARGES**                                                           Amount($)
Customer Charge                          31 Days x $.16438        5.10

Gas Service (*Details below*)            13 Therms

| | Baseline |
|---|---|
| Therms used | 13 |
| Rate/Therm | $1.23846 |
| Charge | $16.10 |

= 16.10

Transportation Charge Adj     13 Therms x $.00136     -.02
CARE Program Discount                                 -4.24

**Total Gas Charges $16.94**

**TAXES & FEES ON GAS CHARGES**                           Amount($)
State Regulatory Fee          13 Therms x $.00577     .08
CARE Public Purpose Surcharge 13 Therms x $.02278     .30

**Total Taxes and Fees on Gas Charges $.38**

**Total Current Charges $17.32**



| DATE DUE | Aug 31, 2021 |
|---|---|
| AMOUNT DUE | $1.75 |

**Gas Usage History** (*Total Therms used*)



| | Aug 20 | Jul 21 | Aug 21 |
|---|---|---|---|
| Total Therms used | 15 | 12 | 13 |
| Daily average Therms | .5 | .4 | .4 |
| Days in billing cycle | 29 | 30 | 31 |

SoCalGas® is committed to protecting your privacy. Visit socalgas.com/privacypolicy to learn about our privacy policy and socalgas.com/privacynotice to learn how we safeguard your energy usage information.

Are you starting a project that involves digging? Did you contact 811? What if you hit a gas line? Who pays for it? It's important to ask questions. Make sure you or your contractors contact 811 before digging. Visit socalgas.com/811 for more information.

SoCalGas' gas commodity cost per therm for your billing period:
Aug. . . . . . . . $.44599     Jul. . . . . . . . $.42622

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

## SoCalGas
A **Sempra Energy** utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| DATE DUE | Aug 31, 2021 |
|---|---|
| AMOUNT DUE | $1.75 |

Please enter amount enclosed.

$ _____

*Write account number on check and make payable to SoCalGas.*

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED

CY CY 4395 1622



| ACCOUNT NUMBER **REDACTED** | DATE MAILED Sep 10, 2021 | Page 1 of 2 |
|---|---|---|
| SERVICE FOR | 24 Hour Service | |
| EFRAIN CALDERON | **1-800-427-2200** *English* | |
| 37021 JULIAN LN | 1-800-342-4545 *Español* | |
| PALMDALE CA 93552-5161 | 1-800-252-0259 *TTY* | |
| | **socalgas.com** | |
| | | H |

You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | |
|---|---|
| Amount of Last Bill | $1.75 |
| Payment Received | - .00 |
| Current Charges | + 16.28 |
| **Total Amount Due** | **$18.03** |



DATE DUE      Sep 30, 2021
AMOUNT DUE   $18.03

## Current Charges

Rate: GR - Residential     Climate Zone: 2     Baseline Allowance: 13 Therms

Meter Number: 12488443 *(Next scheduled read date Oct 8 2021)*     Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | - Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/21 - 09/08/21 | 30 | 12488443 | 6927 | 6915 | 12 | 0.935 | 1.032 | | 12 |

**GAS CHARGES**                                                           Amount($)

| | | |
|---|---|---|
| Customer Charge | 30 Days x $.16438 | 4.93 |
| Gas Service *(Details below)* | 12 Therms | |

| | Baseline |
|---|---|
| Therms used | 12 |
| Rate/Therm | $1.25167 |
| Charge | $15.02 |

= 15.02

| | | |
|---|---|---|
| Transportation Charge Adj | 12 Therms x $.00136 | -.02 |
| CARE Program Discount | | -3.99 |
| | **Total Gas Charges** | **$15.94** |

**TAXES & FEES ON GAS CHARGES**                                      Amount($)

| | | |
|---|---|---|
| State Regulatory Fee | 12 Therms x $.00577 | .07 |
| CARE Public Purpose Surcharge | 12 Therms x $.02278 | .27 |
| | **Total Taxes and Fees on Gas Charges** | **$.34** |
| | **Total Current Charges** | **$16.28** |

**Gas Usage History** *(Total Therms used)*



| | Sep 20 | Aug 21 | Sep 21 |
|---|---|---|---|
| Total Therms used | 13 | 13 | 12 |
| Daily average Therms | .5 | .4 | .4 |
| Days in billing cycle | 29 | 31 | 30 |

September is National Preparedness Month. Preparing for an emergency ahead of time will give you piece of mind as well as help keep your family safe! Don't wait - make your plan today. Learn more at socalgas.com/BePrepared.

SoCalGas' gas commodity cost per therm for your billing period:
Sep . . . . . . . . $.44425     Aug . . . . . . . . $.44599

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

SoCalGas A Sempra Energy utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
**REDACTED**

DATE DUE      Sep 30, 2021
AMOUNT DUE   $18.03

Please enter amount enclosed.

$ _____

Write account number on check and make payable to SoCalGas.

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

CY 07 4366 1622

REDACTED



**SoCalGas**

A **Sempra Energy** utility®

ACCOUNT NUMBER REDACTED
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED Oct 13, 2021       Page 1 of 2
24 Hour Service

**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*

**socalgas.com**                                                  H

---

You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $18.03 |
| Payment Received | 09/14/21 | THANK YOU | - 18.03 |
| Current Charges | | | + 15.46 |
| **Total Amount Due** | | | **$15.46** |

This bill reflects modified gas charges due to a rate change.

## Current Charges

Rate: GR - Residential          Climate Zone: 2     Baseline Allowance: 13 Therms
Meter Number: 12488443 (*Next scheduled read date Nov 9 2021*)      Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | - | Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/21 - 10/08/21 | 30 | 12488443 | 6938 | | 6927 | 11 | 0.935 | 1.035 | | 11 |

### GAS CHARGES

| | | Amount($) |
|---|---|---|
| Customer Charge | 30 Days x $.16438 | 4.93 |
| Gas Transportation (*Details below*) | 11 Therms | |

| | Baseline |
|---|---|
| Therms used | 11 |
| Rate/Therm | $.79583 |
| Charge | $8.75 |

|  |  | | |
|---|---|---|---|
| | | = | 8.75 |
| Gas Commodity | 11 Therms x $.47933 | | 5.27 |
| Transportation Charge Adj | 11 Therms x $.00136 | | -.01 |
| CARE Program Discount | | | -3.79 |
| | **Total Gas Charges** | | **$15.15** |

### TAXES & FEES ON GAS CHARGES

| | | Amount($) |
|---|---|---|
| State Regulatory Fee | 11 Therms x $.00577 | .06 |
| CARE Public Purpose Surcharge | 11 Therms x $.02278 | .25 |
| | **Total Taxes and Fees on Gas Charges** | **$.31** |

*(Continued on next page)*

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

---



| DATE DUE | Nov 2, 2021 |
|---|---|
| AMOUNT DUE | $15.46 |

**Gas Usage History** (*Total Therms used*)

| | Oct 20 | Sep 21 | Oct 21 |
|---|---|---|---|
| Total Therms used | 17 | 12 | 11 |
| Daily average Therms | .5 | .4 | .4 |
| Days in billing cycle | 33 | 30 | 30 |

As a CARE customer, you may qualify for energy-saving home improvements from authorized local contractors at no cost. Learn more about the Energy Savings Assistance Program at socalgas.com/Improvements

Help your neighbors stay warm this winter by making a tax-deductible donation to the Gas Assistance Fund. Visit socalgas.com/donate to donate today.

*SoCalGas' gas commodity cost per therm for your billing period:*
Oct. . . . . . . .$.57580       Sep. . . . . . . .$.44425

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**SoCalGas**  A **Sempra Energy** utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| DATE DUE | Nov 2, 2021 |
|---|---|
| AMOUNT DUE | $15.46 |

Please enter amount enclosed.



$

Write account number on check and
make payable to SoCalGas.

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED

CY 07 4366 1622



**SoCalGas**

A Sempra Energy utility*

ACCOUNT NUMBER REDACTED
SERVICE FOR
EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

DATE MAILED Nov 12, 2021          Page 1 of 2
24 Hour Service
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
**socalgas.com**

H

You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | | |
|---|---|---|
| Amount of Last Bill | | $15.46 |
| Payment Received | 10/28/21 | THANK YOU | - 15.46 |
| Current Charges | | + 25.72 |
| **Total Amount Due** | | **$25.72** |

This bill reflects modified gas charges due to a rate change.

## Current Charges

Rate: GR - Residential          Climate Zone: 2          Baseline Allowance: 18 Therms
Meter Number: 12488443 *(Next scheduled read date Dec 10 2021)*          Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/21 - 11/09/21 | 32 | 12488443 | 6958 | 6938 | 20 | 0.935 | 1.036 | | 19 |

**GAS CHARGES**                                                      Amount($)
Customer Charge                            32 Days x $.16438          5.26
Gas Transportation *(Details below)*       19 Therms

| | Baseline | Over Baseline | | |
|---|---|---|---|---|
| Therms used | 18 | 1 | | |
| Rate/Therm | $.76790 | $1.16180 | | |
| Charge | $13.82 | + $1.16 | = | 14.98 |

| | | |
|---|---|---|
| Gas Commodity | 19 Therms x $.59329 | 11.27 |
| Transportation Charge Adj | 19 Therms x $.00136 | -.03 |
| CARE Program Discount | | -6.30 |
| | **Total Gas Charges $25.18** | |

**TAXES & FEES ON GAS CHARGES**                                      Amount($)

| | | |
|---|---|---|
| State Regulatory Fee | 19 Therms x $.00577 | .11 |
| CARE Public Purpose Surcharge | 19 Therms x $.02278 | .43 |
| | **Total Taxes and Fees on Gas Charges $.54** | |

*(Continued on next page)*



| DATE DUE | Dec 6, 2021 |
|---|---|
| **AMOUNT DUE** | **$25.72** |

**Gas Usage History** *(Total Therms used)*

| | Nov 20 | Oct 21 | Nov 21 |
|---|---|---|---|
| Total Therms used | 21 | 11 | 19 |
| Daily average Therms | .7 | .4 | .6 |
| Days in billing cycle | 30 | 30 | 32 |

Help your neighbors stay warm this winter by making a tax-deductible donation to the Gas Assistance Fund. Visit socalgas.com/donate to donate today.

New USPS service delivery standards might cause delays in your bill and payment delivery. Avoid late payments and mail early!

SoCalGas' gas commodity cost per therm for your billing period:
Nov . . . . . . . .$.63799   Oct. . . . . . . . .$.57580

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**SoCalGas** A Sempra Energy utility*

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| DATE DUE | Dec 6, 2021 |
|---|---|
| **AMOUNT DUE** | **$25.72** |

Please enter amount enclosed.

$

Write account number on check and make payable to SoCalGas.

CY 07 4366 1622

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED



## SoCalGas
A Sempra Energy utility®

| | |
|---|---|
| ACCOUNT NUMBER **REDACTED** | DATE MAILED Dec 14, 2021    Page 1 of 2 |
| SERVICE FOR | 24 Hour Service |
| EFRAIN CALDERON | **1-800-427-2200** English |
| 37021 JULIAN LN | 1-800-342-4545 Español |
| PALMDALE CA 93552-5161 | 1-800-252-0259 TTY |
| | **socalgas.com** |

H

You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $25.72 |
| Payment Received | 12/02/21 | THANK YOU | - 25.72 |
| Current Charges | | | + 43.37 |
| **Total Amount Due** | | | **$43.37** |

This bill reflects modified gas charges due to a rate change.

## Current Charges

Rate: GR - Residential    Climate Zone: 2    Baseline Allowance: 38 Therms
Meter Number: 12488443 *(Next scheduled read date Jan 11 2022)*    Cycle: 7

| Billing Period | Days | Meter Number | Current Reading | Previous Reading | = Difference | Billing x Factor | BTU x Factor | = Total Therms |
|---|---|---|---|---|---|---|---|---|
| 11/09/21 - 12/10/21 | 31 | 12488443 | 6993 | 6958 | 35 | 0.935 | 1.031 | 34 |

### GAS CHARGES
Amount($)

| | | |
|---|---|---|
| Customer Charge | 31 Days x $.16438 | 5.10 |

Gas Transportation *(Details below)*    34 Therms

| | |
|---|---|
| Therms used | Baseline |
| | 34 |
| Rate/Therm | $.76790 |
| Charge | $26.11  = 26.11 |

| | | |
|---|---|---|
| Gas Commodity | 34 Therms x $.64228 | 21.84 |
| Transportation Charge Adj | 34 Therms x $.00136 | -.05 |
| CARE Program Discount | | -10.60 |
| | **Total Gas Charges** | **$42.40** |

### TAXES & FEES ON GAS CHARGES
Amount($)

| | | |
|---|---|---|
| State Regulatory Fee | 34 Therms x $.00577 | .20 |
| CARE Public Purpose Surcharge | 34 Therms x $.02278 | .77 |
| | **Total Taxes and Fees on Gas Charges** | **$.97** |

*(Continued on next page)*



### Gas Usage History *(Total Therms used)*



| | Dec 20 | Nov 21 | Dec 21 |
|---|---|---|---|
| Total Therms used | 65 | 19 | 34 |
| Daily average Therms | 2.0 | .6 | 1.1 |
| Days in billing cycle | 33 | 32 | 31 |

As a CARE customer, you may qualify for energy-saving home improvements that could help lower your monthly bill and keep your home warm this season. Learn more about the Energy Savings Assistance Program and how to apply at socalgas.com/Improvements

Colder weather might lead to higher natural gas bills. Learn about the factors that can cause your bill to fluctuate as well as tips to manage higher bills and ways to conserve at socalgas.com/Cold

SoCalGas' gas commodity cost per therm for your billing period:
Dec. . . . . . . . .$.65129   Nov. . . . . . . . .$.63799

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

## SoCalGas
A Sempra Energy utility®

Save Paper & Postage
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
REDACTED

| | |
|---|---|
| DATE DUE | Jan 4, 2022 |
| AMOUNT DUE | $43.37 |

Please enter amount enclosed.
$
Write account number on check and make payable to SoCalGas.

CY 07 4368 1622

EFRAIN CALDERON
37021 JULIAN LN
PALMDALE CA 93552-5161

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

REDACTED

**EXHIBIT 9**

## 2021 Expense Report

| Month | Palmdale Water District | Southern California Edison | So Cal Gas | Mortgage Julian | Mortgage Sabal | Property Taxes | Property Taxes |
|---|---|---|---|---|---|---|---|
| January | 146.88 | 79.17 | 228.69 | 1,594.05 | 1,739.66 | | |
| February | 98.29 | 167.55 | 140.66 | 1,594.05 | 1,739.66 | | |
| March | 107.32 | 45.80 | 122.77 | 1,594.05 | 1,739.66 | | |
| April | 79.76 | 44.79 | 48.12 | 1,594.05 | 1,739.66 | | |
| May | 96.80 | 66.95 | 79.57 | 1,594.05 | 1,739.66 | | |
| June | 125.76 | 67.02 | 54.40 | 1,594.05 | 1,739.66 | 3,612.55 | 4,138.57 |
| July | 206.12 | 64.87 | 38.83 | 1,594.05 | 1,739.66 | | |
| August | 233.17 | 122.92 | 1.75 | 1,594.05 | 1,739.66 | | |
| September | 194.26 | 61.35 | 18.03 | 1,594.05 | 1,739.66 | | |
| October | 149.13 | 26.27 | 15.46 | 1,594.05 | 1,739.66 | | |
| November | 123.27 | 59.40 | 25.72 | 1,594.05 | 1,739.66 | | |
| December | 142.10 | 45.31 | 43.37 | 1,594.05 | 1,739.66 | 3284.12 | 3,762.33 |
| SUBTOTAL | $ 1,702.86 | $ 851.40 | $ 817.37 | $ 19,128.60 | $ 20,875.92 | $ 6,896.67 | $ 7,900.90 |

## Medical Expenses 2021

| Kaiser (Cover California) | Dentist | Medication: |
|---|---|---|
| $ 552.45 | $ 425.00 | $ 640.32 |

# EXHIBIT 10

**Dolores and Efrain Calderon**
Income Statement
For the Year Ended December 31, 2021

**Income**

| | |
|---|---|
| Efrain Calderon | 23,236.72 |
| Dolores Calderon | 20,480.06 |
| Partnership | 20,204.00 |
| **Gross Income** | **63,920.78** |

**Expenses**

| | |
|---|---|
| Medical Expenses | (1,617.77) |
| Mortgages | (40,004.52) |
| Property Taxes | (14,797.57) |
| Utilities | (3,371.63) |
| **Total Expenses** | **(59,791.49)** |

| | |
|---|---|
| **NET INCOME** | 4,129.29 |

**Not Including Outstanding Debt: Credit Cards, Home Line of Credits, Personal Credit Loans, Auto & Home Insurance, Food, Gas, Household Essentials. Etc.